UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., BOARD OF DIRECTORS; COMMUNITY ASSOCIATION MANAGEMENT, Ltd.; and BAGWELL HOLT SMITH, P.A.;<br><br>    Defendants. | Civil Action No. 1:22-CV-478 |

**CONSENT MOTION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING**

Defendant Bagwell Holt Smith, P.A., by and through undersigned counsel, respectfully states to the Court that additional time is needed for investigation and preparation of the Responsive Pleading or other response to the Complaint in the above case and respectfully moves the Court for an extension of time within which to serve the Responsive Pleading. The time has not expired for responding to the Complaint, and Plaintiff's counsel has consented to the extension. Accordingly, Defendant requests that the time for serving a Responsive Pleading or presenting other defenses in this action be extended up to and including August 12, 2022.

1

This the 27th day of July, 2022.

/s/Russell M. Racine
Russell M. Racine
NC Bar #33593
Robert El-Jaouhari
NC Bar #49184
**CRANFILL SUMNER LLP**
2907 Providence Rd., Ste. 200
Charlotte, NC 28211
704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com
www.cshlaw.com
*Attorneys for Defendant Bagwell Holt Smith, P.A.*