UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., BOARD OF DIRECTORS; COMMUNITY ASSOCIATION MANAGEMENT, Ltd.; and BAGWELL HOLT SMITH, P.A.;<br><br>    Defendants. | Civil Action No. 1:22-CV-478 |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

In the above-entitled action, Defendant Bagwell Holt Smith, P.A. made application for additional time within which to serve a Responsive Pleading to the Complaint or otherwise plead, and it appearing that Plaintiff consents to such motion; for good cause shown,

**IT IS NOW ORDERED** that Defendant is hereby granted additional time within which to serve a Responsive Pleading or other defenses to the Complaint up to and including August 12, 2022.

This the ___ day of July, 2022.

                                                                                     _____
                                                                                     Clerk of Court, US District Court
                                                                                     for the Middle District of North Carolina

4861-7777-5148, v. 1