UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:22-CV-478

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>Plaintiff<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc., PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc., BOARD OF DIRECTORS, COMMUNITY ASSOCIATION MANAGEMENT, Ltd., and BAGWELL HOLT SMITH, P. A.,<br><br>Defendants | NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

TO:   CLERK OF COURT

Kindly enter the appearance of the undersigned on behalf of Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.

JURY TRIAL DEMANDED.

                                             Respectfully submitted

                                             DICKIE, McCAMEY & CHILCOTE, P.C.

                                             */s/ Michele F. Eagle*
By_____
                                             Michele F. Eagle, Esquire
                                             NC I.D. # 33928

2101 Rexford Road
Suite 250E
Charlotte, NC  28211-3463
704-998-5184 x4109
meagle@dmclaw.com

*Counsel for Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.,*

## Certificate of Service

I, Michele F. Eagle, Esq., hereby certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

s/ Michele F. Eagle
Michele F. Eagle, Esq.
*Counsel for Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.,*

14839640.1