UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

HAYDEN SCOTT ROSE )
)
    Plaintiff(s), )
) **Case No.:** 1:22-CV-478
vs. PRESQUE ISLE VILLAS )
CONDOMINIUM HOMEOWNERS )
ASSOCIATION, INC., ET AL. )
    Defendant(s). )

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Community Association Management Limited    who is    Defendant ,
    (Name of Party)      (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes      (✓) No

2. Does party have any parent corporations?

    ( ) Yes      (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
_____
_____

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes  (✓) No

    If yes, identify all such owners: _____
    _____
    _____

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes  (✓) No

    If yes, identify entity and nature of interest: _____
    _____
    _____

/s/ Michele F. Eagle                                8/1/22
_____               _____
(Signature)                                         (Date)

MDNC (01/03)

## Certificate of Service

I, Michele F. Eagle, Esq., hereby certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

            s/ Michele F. Eagle
            Michele F. Eagle, Esq.
            *Counsel for Defendants, Presque Isle Villas*
            *Condominium Homeowners Association, Inc.,*
            *Presque Isle Villas Condominium*
            *Homeowners Association, Inc., Board of Directors,*
            *and Community Association Management, Ltd.,*

14843497.1