# Presque Isle Villas Condominium Homeowners Association, Inc.

P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

October 20, 2020

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-G-PIL308
*NOTE3732258*

Dear Hayden Scott Rose,

The Board has reviewed the structural and cosmetic status of the second floor decks of several units.
The decks are not sloped to drain water and are made with non-waterproof tiles. Water sits on the tiles, seeps through the mortar, and has degraded the sub-decking.
Some units may have mold inside the walls. All have discoloration on the stone fascia.
Unit 301 had their deck correctly repaired and the board was able to observe what was happening. The Board voted that all the other decks with this issue must be addressed with similar repairs and material.
The repairs include removal of the existing tiles, possible replacement of sub-decking, installation of additional gutters, and use of a waterproof Duxxback flooring. See scope below.
Deck repair expenses which will run between $4500-5000. We recommend that owners use the contractor below who knows the issue very well, but the board is open to owners hiring their own licensed and insured contactor via the ARC request approval process so long as materials and scope of work are the same.
Below is the scope of work that Jake Wepking, Owner of The Pro Fixer provided for the necessary repairs.
Cell: (919) 901-2209, wepking@theprofixer.com

**Workscope We will perform the following work:**
We will be reworking the deck/porch over the entry where the tiles are falling apart.
1. Remove all of the tiles, Cement backer, and railing system. This is due to the fact the wrong tiles, grout, and backer were used to allow water in. As
well as the railing system being sunken into the tiles that allow water to pool in the space.
2. Reseal the old roof surface that is there. (that is if we are able to do that if we cannot there will be an additional cost)
3. Install strips to pitch the Greenbay Duxxbak way from the house. We will be shooting for a half inch drop from the high point to the low point.
4. Cut siding to allow for flashing to cover over the decking.
5. Install Capped DuxxBak with optima colors with Stainless steel screws.
6. Install the flashing around the siding.
7. Reinstall the railing system on top of the decking and then apply a coat of black paint.
8. Install gutter to divert the water away from the entry of the home.

**This bid covers the cost of labor and materials. Would expect the cost range to be between $4500-$5000 if there aren't unforeseen problems.**
Variables for each project could range from doing repairs on fascia and other times that could be worn out.
If the under decking under the tile is past saving we will have to address them at a case by case bases.

**Please note the following deadlines:**
**November 30, 2020-Deadline for owners to submit an ARC request for approval of this work.**
**December 31, 2020-Deadline for owners to complete this work.**
Please let us know if you have any questions.

Sincerely,

Community Association Management
For the Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.

