**HOA Board Meeting April 21, 2021 @ 7pm ET**
Attendees:
Carl
Caroline
David
Jen
Sylvia
Tom

- Roof Insurance Claim presentation by Thomas McQueen of Weatherguard Roofing and Restoration, Inc. Presentation was followed by a Q&A period. Outcome of presentation was that the board would vote on whether to proceed with an insurance claim involving Weatherguard as the contractor. In effect, we are binding ourselves to Weatherguard as our contractor should the insurance claim be honored.

- Unit 308 deck repair. Voted on path forward, specifically:
    - CAM to send a letter from the attorney to the owner informing them of the HOA path forward with the hope and intent of the owner responding and initiating the repair.
    - If no response from the owner, the HOA would execute the repair and then charge the owner for the total cost.
    - Failure of the owner to promptly pay would trigger late fees; continued unpaid principle and late fees would trigger the account being put out for collections; continued failure to pay would result in a lien against the property
    - Results of Voting
        - David: For
        - Tom: For
        - Sylvia: For
        - Jennifer: For
        - Caroline: No vote, had to depart prior to vote.

- Briefly discussed logistics of pool

- Meeting adjourned at approximately 8:50pm

