# Presque Isle Villas Condominium Homeowners Association, Inc.

P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

May 17, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514


00000496-G-PIL308

Dear Hayden Scott Rose,

The association will be dispatching The Pro Fixer to perform deck repairs in the amount of $5200.00. An estimate and other requested information was already shared with your attorney.

The cost will be added to your account.

Sincerely,

Community Association Management
For the Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.

