

**Community**
Association Management

P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

August 2, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-C-PIL308

Re: Account #: PIL308 - Address: 308 Presque Isle Lane

The COVID 19 pandemic has affected almost all of us, in one way or another. We want to ensure that you are aware of your HOA payment options, to avoid any additional charges. If your job, your wages, or your family income situation has been impacted by the COVID19 pandemic, please call us to discuss your account right away. We're here to help.

Dear : Hayden Scott Rose:

Although we have contacted you about the outstanding balance on your account, we still have not heard from you. You have an outstanding balance of $2642.16, which contains additional late charges or fees.

If you have already sent payment in full, we ask that you call and let us know. Otherwise, please call us to discuss what you plan to do to settle your account.

**If you would like to discuss payment arrangements or an installment plan, please contact our office either by phone or by mail.**

Thank you for your prompt attention to this matter.

Sincerely,
Community Association Management
For The Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.

---
*PLEASE MAKE ALL CHECKS PAYABLE TO: Presque Isle Villas Condominium Homeowners Association, Inc.*
*Include Your Account Number: PIL308*
*Payment Mailing Address: Payment Processing Center*
*P.O. Box 848*
*Commerce, GA 30529*
---

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR, AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. (FDCPA - 15 U.S.C. 1692)**



EXHIBIT
J