**Presque Isle Villas Condominium Homeowners Association, Inc.**
P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

August 18, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-G-PIL308
*NOTE4158749*

Dear Hayden Scott Rose,

As per the vendor: The team will be there tomorrow and will be finishing up Friday, weather permitting.

Once the work is complete, the balance of the invoice will be added to your account. If you are unable to pay the full amount due for this work and you need to create a payment plan, please contact Resident Services at csr@communityassociationmanagement.com or 919-741-5285.

Thank you.

Sincerely,
Community Association Management
For the Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.

