# Presque Isle Villas Condominium Homeowners Association, Inc.

P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

August 30, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-G-PIL308


Dear Hayden Scott Rose,

The deck repairs have been completed. The final invoice has been received. See attached. We have added the $2600 balance due to your account.

If you need to create a payment plan, please contact our Resident Services Department asap at csr@communityassociationmanagement.com or 919-741-5285.

Once an account reaches the lien stage, it will be forwarded to the HOA attorney for lien filing and collections. Additional legal fees and collection fees may accrue at that time.

Thank you for your payment.

Sincerely,

Community Association Management
For the Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.


EXHIBIT L

# Invoice #337

Scan this code to pay:
Or go to kck.sv/pay
and enter this code:
**MS4W-ZRYO**




| | | | | |
|---|---|---|---|---|
| **Billing Address** | **Service Address** | **Send Payment To** | **Invoice Date** | 08/25/21 |
| Unit 308 Owner | Unit 308 Owner | The Pro Fixer | **Sent On** | 08/25/21 |
| 308 Presque Isle Lane | 308 Presque Isle Lane | P.O. Box 40175 | **Total** | $5,200.00 |
| Chapel Hill NC 27514 | Chapel Hill NC 27514 | Raleigh NC 27629 | **Payments** | $2,600.00 |
| info@theprofixer.com | info@theprofixer.com | (919) 901-2209 | **Balance** | $2,600.00 |
| +1 704 565 5009 | +1 704 565 5009 | wepking@theprofixer.com | | |
| +1 919 901 2209 | +1 919 901 2209 | | | |

## Scope of Work

Due to the pitch of the tile, water is pooling/running back into the building. The wrong grout was used and is soaking of moisture. By installing this decking we are redirecting water away from building and foundation to help prevent future water issues.

## Charges

| Item | Description | Unit Cost | Tax | Quantity | Line Total |
|---|---|---|---|---|---|
| Jake Wepking | Jake Wepking<br>President/Owner<br>The Pro Fixer<br>Cell: (919) 901-2209<br>wepking@theprofixer.com | $0.00 | ✔ | 1.0 | $0.00 |
| Workscope | We will perform the following work: | $5,200.00 | ✘ | 1.0 | $5,200.00 |
| | We will be reworking the deck/porch over the entry where the tiles are falling apart. | | | | |
| | 1. Remove all of the tiles, Cement backer, and railing system. This is due to the fact the wrong tiles, grout, and backer were used to allow water in. As well as the railing system being sunken into the tiles that allow water to pool in the space. | | | | |
| | 2. Reseal the old roof surface that is there. (that is if we are able to do that if we cannot there will be an additional cost) | | | | |
| | 3. Install strips to pitch the Greenbay Duxxbak way from the house. We will be shooting for a half inch drop from the high point to the low point. | | | | |
| | 4. Cut siding to allow for flashing to cover over the decking. | | | | |
| | 5. Install Capped DuxxBak with optima colors with Stainless steel screws. | | | | |
| | 6. Install the flashing around the siding. | | | | |
| | 7. Reinstall the railing system on top of the decking and then apply a coat of black paint. | | | | |
| | 8. Install gutter to divert the water away from the entry of the home. | | | | |
| | This bid doesn't cover any unforeseen problems. | | | | |
| Deck Build/Resurface Payment Terms | Payment Terms:<br>Down Payment: 50% down to order materials: $2,600<br>Final Payment: 50% once the job is complete: $2,600 | $0.00 | ✘ | 1.0 | $0.00 |

| | |
|---|---|
| Subtotal | $5,200.00 |
| Tax | $0.00 |
| **Total** | **$5,200.00** |