

**Community**
Association Management

P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

September 1, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-C-PIL308



Re: Account #: PIL308 - Address: 308 Presque Isle Lane

The COVID 19 pandemic has affected almost all of us, in one way or another. We want to ensure that you are aware of your HOA payment options, to avoid any additional charges. If your job, your wages, or your family income situation has been impacted by the COVID19 pandemic, please call us to discuss your account right away. We're here to help.

Dear Hayden Scott Rose:

According to our records, your account is now (90) days or more past due for payment of Assessments owed to Presque Isle Villas Condominium Homeowners Association, Inc.. The total amount due as of September 1, 2021 is $5552.72. This amount includes all Assessments, fines and fees currently due on this account.

Several statements and reminder notices have previously been sent informing you of the balance due on the account. We must now request that you take immediate action to bring your account current. If there is a reason that you are witholding payment or if you are experiencing some financial hardship, please contact our office in order to discuss this matter.

The recorded legal documents governing Presque Isle Villas Condominium Homeowners Association, Inc. require prompt payment of Assessments in order that the Association may meet its obligations for common property maintenance and administration of community affairs.

**If you do not make immediate payment or contact our office within 30 days to setup a payment plan, the Association may pursue alternative collection methods, including legal action\* in order to recover the delinquent balance.**

*\*Legal action to collect the delinquent balance may include filing of a Claim of Lien upon your property to secure the amount owed, and if the debt remains unpaid, Foreclose on the Claim of Lien. If the Association incurs attorney fees to collect this debt, you will be charged the attorney fees and costs of collection.*

Thank you,
Community Association Management
for the board of Presque Isle Villas Condominium Homeowners Association, Inc..

---

*PLEASE MAKE ALL CHECKS PAYABLE TO: Presque Isle Villas Condominium Homeowners Association, Inc.*
*Include Your Account Number: PIL308*
*Payment Mailing Address: Payment Processing Center*
*P.O. Box 848*
*Commerce, GA 30529*

---

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR, AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. (FDCPA - 15 U.S.C. 1692)**



EXHIBIT m