
**Community**
Association Management

Esta es una carta importante con respecto a una deuda pendiente. Si no puede leer Inglés, por favor, encontra alguien que puede interpretar esta carta para usted. Si no se resuelve, este asunto será referido a un abogado para las colecciones.

P.O. Box 79032 • Charlotte, NC 28271-0030
(919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

October 5, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-C-PIL308


**THIS COMMUNICATION IS FROM A DEBT COLLECTOR, AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RE: Account: PIL308
HOA: Presque Isle Villas Condominium Homeowners Association, Inc.
Property : 308 Presque Isle Lane

Dear : Hayden Scott Rose

**IT HAS BEEN BROUGHT TO THE ATTENTION OF THE BOARD OF DIRECTORS THAT YOUR ASSOCIATION ACCOUNT IS IN ARREARS.**

**PLEASE TAKE NOTICE That regular and special assessments duly levied by Presque Isle Villas Condominium Homeowners Association, Inc. against your property located at 308 Presque Isle Lane, are delinquent. A Delinquent balance of $5335.00 is due on your account.** Please disregard this letter if your payment and this letter have crossed in the mail.

**BE ADVISED THAT PURSUANT TO NORTH CAROLINA LAW YOU HAVE THE RIGHT TO PAY THIS BALANCE IN FULL WITHIN FIFTEEN (15) DAYS OF THE DATE OF THIS LETTER WITHOUT INCURRING ATTORNEY'S FEES AND COSTS ASSOCIATED WITH COLLECTION OF THIS DEBT. If the balance due is not paid in full within 15 days of the date of this letter, the Association will turn your account over to the Association's law firm, and the Association intends to seek payment from you of all attorney's fees, costs and expenses incurred in collection of this debt.** Presque Isle Villas Condominium Homeowners Association, Inc. reserves the right to report this delinquency to the credit bureau(s). The balance due does not include any other monies due the association including, but not limited to, current or future assessments, late charges, or interest, which will increase the balance due, stated above.

*Please contact Frank Clerk at (919) 741-5285 Ext. 5983 within fifteen (15) days of the date of this notice to make payment arrangements or make your check payable to above named association and address.* Neither you nor the Association is obligated to offer or accept a payment schedule.

You will receive NO further notices before the institution of formal action to collect the outstanding balance, including attorney's fees. Your Account will be turned over to the Associations attorney if payment is not received within 15 days. From that point in time forward, all communications will be between you and the Associations attorney, *not* Community Association Management or the Board of Directors. We hope this will not be necessary.

Sincerely,
Frank Clerk - for the Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. This collection letter supersedes any account statements or other correspondence from the Association or Community Association Management related to your account balance and when the payment is due, including any account statements bearing the same date as this letter. The balance shown on this letter is the current amount due as of close of business on 10/05/2021.

Enclosures: Copy of Account History
Notice Required by the Fair Debt Collection Practices Act (15 U.S.C 1692)

CERTIFIED MAIL- RETURN RECEIPT REQUESTED
FIRST CLASS MAIL (Copy)



Presque Isle Villas Condominium Homeowners Association, Inc
P.O. Box 79032
Charlotte, NC 28271-0030


Community
Association Management

| Account Number | Date Due | Amount Due | Statement Date |
|---|---|---|---|
| PIL308 | 10/1/2021 | | 10/5/2021 |
| Re: | | 308 Presque Isle Lane | |

View And Pay Your Bill Online: www.PresqueIsleVillas.org

**Questions about your billing statement?**

**Hayden Scott Rose**
**308 Presque Isle Lane**
**Chapel Hill, NC 27514**

Contact us by phone at: (919) 741-5285, email us at
CSR@CommunityAssociationManagement.com, message us on
Facebook or tweet us @wehelpyourhoa

| Date | Description | Charge | Payment |
|---|---|---|---|
| 01/01/2020 | Monthly Assessment 2020 | $271.81 | |
| 01/07/2020 | In Office Check In Office Check | | ($271.81) |
| 01/07/2020 | In Office Check In Office Check | | ($290.56) |
| 02/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 02/01/2020 | Water Usage Allocation 2020 | $24.08 | |
| 02/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 03/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 03/01/2020 | Water Usage Allocation 2020 | $25.22 | |
| 03/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 03/31/2020 | Monthly Assessment (Delinquent Fee) 2020 | $20.00 | |
| 04/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 04/01/2020 | Water Usage Allocation 2020 | $30.92 | |
| 04/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 04/03/2020 | Credit Card Credit Card | | ($665.09) |
| 04/03/2020 | Credit Card Credit Card | | ($20.00) |
| 05/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 05/01/2020 | Water Usage Allocation 2020 | $28.64 | |
| 05/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 05/31/2020 | Monthly Assessment (Delinquent Fee) 2020 | $20.00 | |
| 06/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 06/01/2020 | Water Usage Allocation 2020 | $35.48 | |
| 06/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 06/11/2020 | Credit Card Credit Card | | ($980.00) |
| 06/11/2020 | Credit Card Credit Card | | ($20.00) |
| 07/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 07/01/2020 | Water Usage Allocation 2020 | $29.78 | |
| 07/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 08/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 08/01/2020 | Water Usage Allocation 2020 | $28.64 | |
| 08/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 08/31/2020 | Monthly Assessment (Delinquent Fee) 2020 | $20.00 | |
| 09/01/2020 | eCheck eCheck | | ($632.51) |
| 09/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 09/01/2020 | Water Usage Allocation 2020 | $30.92 | |
| 09/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 09/01/2020 | eCheck eCheck | | ($20.00) |
| 10/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 10/01/2020 | Water Usage Allocation 2020 | $26.36 | |
| 10/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 10/20/2020 | Credit Card Credit Card | | ($626.08) |
| 11/01/2020 | Monthly Assessment 2020 | $290.56 | |
| 11/01/2020 | Water Usage Allocation 2020 | $16.10 | |
| 11/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 12/01/2020 | Monthly Assessment 2020 | $290.50 | |
| 12/01/2020 | Water Usage Allocation 2020 | $16.10 | |
| 12/01/2020 | Water Billing Admin Fee 2020 | $1.25 | |
| 12/31/2020 | Monthly Assessment (Delinquent Fee) 2020 | $20.00 | |
| 01/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 01/01/2021 | Water Usage Allocation 2020 | $12.68 | |

| Date | Description | Amount | Credit |
|---|---|---|---|
| 01/01/2021 | Water Billing Admin Fee 2020 | $1.25 | |
| 01/05/2021 | Credit Card Credit Card | | ($612.34) |
| 01/05/2021 | Credit Card Credit Card | | ($20.00) |
| 02/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 02/01/2021 | Water Usage Allocation 2021 | $26.36 | |
| 02/01/2021 | Water Billing Admin Fee 2021 | $1.25 | |
| 02/28/2021 | Monthly Assessment (Delinquent Fee) 2021 | $20.00 | |
| 03/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 03/01/2021 | Water Usage Allocation 2021 | $25.22 | |
| 03/01/2021 | Water Billing Admin Fee 2021 | $1.25 | |
| 03/24/2021 | Credit Card Credit Card | | ($980.00) |
| 03/24/2021 | Credit Card Credit Card | | ($20.00) |
| 04/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 04/01/2021 | Water Usage Allocation 2021 | $25.22 | |
| 04/01/2021 | Water Billing Admin Fee 2021 | $1.25 | |
| 05/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 05/01/2021 | Water Usage Allocation 2021 | $24.08 | |
| 05/01/2021 | Water Billing Admin Fee 2021 | $1.25 | |
| 05/17/2021 | eCheck eCheck | | ($578.68) |
| 06/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 06/01/2021 | Water Usage Allocation 2021 | $25.22 | |
| 06/01/2021 | Water Billing Admin Fee 2021 | $1.25 | |
| 06/02/2021 | Deck Repairs 2021 | $2,600.00 | |
| 07/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 07/01/2021 | Water Usage Allocation 2021 | $26.36 | |
| 07/01/2021 | Water Billing Admin Fee 2021 | $1.50 | |
| 07/14/2021 | eCheck eCheck | | ($635.45) |
| 07/31/2021 | Monthly Assessment (Delinquent Fee) 2021 | $20.00 | |
| 08/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 08/01/2021 | Water Usage Allocation 2021 | $20.66 | |
| 08/01/2021 | Water Billing Admin Fee 2021 | $1.50 | |
| 08/19/2021 | Credit Card Credit Card | | ($2.16) |
| 08/19/2021 | Credit Card Credit Card | | ($20.00) |
| 08/31/2021 | Monthly Assessment (Delinquent Fee) 2021 | $20.00 | |
| 09/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 09/01/2021 | Water Usage Allocation 2021 | $20.66 | |
| 09/01/2021 | Water Billing Admin Fee 2021 | $1.50 | |
| 09/01/2021 | Deck Repairs 2021 | $2,600.00 | |
| 09/08/2021 | Credit Card Credit Card | | ($292.72) |
| 09/08/2021 | Credit Card Credit Card | | ($20.00) |
| 09/30/2021 | Monthly Assessment (Delinquent Fee) 2021 | $20.00 | |
| 10/01/2021 | eCheck eCheck | | ($295.00) |
| 10/01/2021 | Monthly Assessment 2021 | $290.56 | |
| 10/01/2021 | Water Usage Allocation 2021 | $22.94 | |
| 10/01/2021 | Water Billing Admin Fee 2021 | $1.50 | |
| 10/01/2021 | Abstractor Fee 2021 | $30.00 | |
| 10/01/2021 | eCheck eCheck | | ($20.00) |
| 10/05/2021 | Collection Fee (Legal) 2021 | $45.00 | |

Presque Isle Villas Condominium Homeowners Association, Inc
P.O. Box 79032
Charlotte, NC 28271-0030


Community
Association Management

| Account Number | Date Due | Amount Due | Statement Date |
| --- | --- | --- | --- |
| PIL308 | 10/1/2021 | | 10/5/2021 |
| Re: | | 308 Presque Isle Lane | |

View And Pay Your Bill Online: www.PresqueIsleVillas.org

**Questions about your billing statement?**

*Contact us by phone at: (919) 741-5285, email us at CSR@CommunityAssociationManagement.com, message us on Facebook or tweet us @wehelpyourhoa*

**Hayden Scott Rose**
**308 Presque Isle Lane**
**Chapel Hill, NC 27514**

---

PLEASE DETACH AND RETURN WITH PAYMENT - DO NOT ATTACH CHECK TO STUB

| Make Check Payable To | Account Number | Date Due | Amount Due | Check Number |
| --- | --- | --- | --- | --- |
| **Presque Isle Villas Condominium Homeowners Association, Inc.** | | | | |
| | | | | Amount Paid $ |

Re: 308 Presque Isle Lane
Chapel Hill, NC 27514

Replace your check with a CLICK!
Pay online at www.PresqueIsleVillas.org

To:  Presque Isle Villas Condominium Homeowners Association, Inc.
Payment Processing Center
P.O. Box 848
Commerce, GA 30529-0016

0581  00000496  0000000000PIL308  9  00533500  00535500  6

| **Important Contact Information** | **Payment Address:** |
| --- | --- |
| **Contact us by Phone:** (919) 741-5285<br>**Email:** CSR@CommunityAssociationManagement.com<br>**Facebook Messenger:** @CommunityAssociationManagement<br>**Twitter:** @wehelpyourhoa<br><br>* Our Resident Services department is open from 8 am to 6 pm (Eastern Time), Monday through Friday. | Payment Processing Center<br>P.O. Box 848<br>Commerce, GA 30529-0016 |
|  | **Correspondence Address \***<br>Community Association Management<br>P.O. Box 79032<br>Charlotte, NC 28271-0030<br>**\* DO NOT SEND PAYMENTS TO THIS ADDRESS** |

| **Other Payment Options** | | |
| --- | --- | --- |
| **Automatic Debit**<br>Tired of sending checks? Sign up today to have your payments automatically withdrawn from your checking account. You may obtain the sign up form from your Association's website document library, or by calling Resident Services. | **Online Payments**<br>Ready for the quickest way to manage your account? Login to your Association's website (located on the front of the statement) and click "My Account" to make a one-time payment or setup a recurring payment. | **eStatements**<br>Tired of paper invoices? Switch to online statements and manage your account easily by receiving e-mail reminders. Simply login to your Association's website, click "My Profile" and change your billing preference by clicking "Opt-in". |

**Prepay Full Year in Advance**

Regardless of your Association's billing schedule, you can choose to pay your assessment balance in full for the year. If you choose to prepay your account, you may save additional per payment charges assessed by your Association. Should you decide to pay your balance in full, you will not receive any further assessment billing statements for the current assessment year. To obtain the full year payoff amount, please contact our Resident Services department.

**Payments**

**Requirements:** Payments must be by check or money order drawn in U.S. Dollars on funds deposited in the U.S. Payments received by 5:00 pm local time will be credited on the banking day received by us at the payment processing center (see address above). Web payments (eCheck & Credit Card) are credited immediately and processed by the bank that evening or on the next banking day.

**Payment by Check:** When you send us a check as payment, you authorize us to clear your check electronically. If you usually get your checks back with your statement, you will not receive this check back. If you have any questions, please contact our Resident Services team.

**Payment Application:** Payments are applied by assessment type in the following order, regardless of the original transaction date: Legal Fees, NSF Fees, Fines, Collection Fees, Late Fees, Special Assessments, Regular Assessments, Master Association Assessments, Landscaping Assessments, and Water/Sewer/Utility Billing.

**Late Charges:** Payments not received by 5pm on the Due Date indicated on the payment coupon are considered late and assessed a monthly late fee on any outstanding balance.

**Credit Reporting:** We may report information about your account to credit bureaus. Timely payments, late payments, missed payments, or other defaults on your account may be reflected on your credit report.

**Tips to Avoid Late Fees:**
1. Make your payment online by 5pm on or before the Due Date.(Payments made before 5pm are credited the same day).
2. If you mail your payment - ensure that you allow 4-5 business days for delivery. Payments must be received by 5pm on 10/5/2021 at our payment processing center (see payment address above).
3. Should your account become delinquent, please contact our office to set up a payment plan to avoid additional late fees, collection fees or further action.
4. When using your Bank's bill pay service, allow 5-7 business days for a payment to reach our processing center. Selecting to pay the bill on the day it's due through online banking bill pay may result in the payment not being received for up to 7 business days after that date.