Presque Isle Villas Condominium Homeowners
Association, Inc.
P.O. Box 79032 • Charlotte, NC 28271-0030

| Esta es una carta importante con respecto a una deuda pendiente. Si no puede leer Inglés, por favor, encontra alguien que puede interpretar esta carta para usted. Usted está en riesgo de perder su casa en una ejecución hipotecaria debido a su falta de pagar las evaluaciones de la asociación de propietarios. |

## NOTICE OF DUES DELINQUENCY
## FINAL FORECLOSURE WARNING

December 10, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-C-PIL308



RE: Account: PIL308
HOA: Presque Isle Villas Condominium Homeowners Association, Inc.
Property : 308 Presque Isle Lane

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR, AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dear : Hayden Scott Rose:

Pursuant to N.C.G.S. ß 45-21.16 (c) (5a), we are providing you with the following information regarding amounts owed by you to the Association as of the date of this letter:

**Delinquent Balance Due: $6242.89**

The above balance includes the Attorney Fee for Lien filing and the Lien Filing Fee. The balance DOES NOT include an 8% Interest Charge from the date of your lien or the Attorney's foreclosure filing fee.

As you should be aware from previous correspondence, a lien was filed against your residence. At this time, your account is being referred back to our attorney to proceed with foreclosure of the lien. The amounts above are those, which the Association claims in good faith are owed as of the date of this letter. Foreclosure will be filed within 15 days unless the balance is paid in full. Those amounts will change after the date of this letter as assessments and other amounts due under the terms of the governing documents accrue and remain unpaid and as other expenses are incurred. Please contact the law firm listed below to obtain an updated statement:

**Bagwell Holt Smith P.A.
111 Cloister Court
Suite 200
Chapel Hill, NC 27514
(919) 401-0062**

This communication is from a debt collector. It is being sent to you as the record owner of the above referenced property as required by the above referenced statute.

Sincerely,

The Board of Directors for the Presque Isle Villas Condominium Homeowners Association, Inc.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. This collection letter supersedes any account statements or other correspondence from the Association or Community Association Management related to your account balance and when the payment is due, including any account statements bearing the same date as this letter. The balance shown on this letter is the current amount due as of close of business on 12/10/2021.

Notice Required by the Fair Debt Collection Practices
Act
(15 U.S.C. 1692)

MAIL- RETURN RECEIPT REQUESTED (Original)
FIRST CLASS MAIL (Copy)

