Based on my experience at Presque Isle Villas in Chapel Hill, I do not recommend Community Association Management. Even though I never violated my HOA's rules, CAM repeatedly sent me threatening letters. The portal section of my HOA's website, which CAM maintains, has been inaccessible since last year. I brought the website issues to CAM's attention months ago, but I still cannot access my account online. CAM waited roughly nine months, until I was out of town, to arrange deck repairs that had already been requested by the HOA's board.

I don't know if the problem is with my community's manager or with CAM as a whole, but I doubt I would have had any problems if my HOA used a different management company.

For the amount of dues I pay, I expected better.

 1

**Response from the owner**
Hayden Rose, I believe you are omitting several key facts that have nothing to do with our company.
1. You failed to pay the Presque Isle special assessment for deck repairs as assessed by the Board of Directors to all owners with decks
2. Deck repairs were completed throughout the community, not just your unit.
3. Your account is currently with the attorney for collections pursuant to the Board of Directors Collection Policy
4. Because you are in collections the association website account and payment section is unavailable to you.
5. When you bring your account current with the association's attorney, your website access will be restored.
As you see, all of your issues are related to Presque Isle's special assessment and your refusal to pay it.

