

**Presque Isle Villas Condominium Homeowners Association, Inc.**
Transaction Detail : 10/20/2020 - 7/19/2022

Date: 7/19/2022
Time: 1:02 pm
Page: 1

**Name:** Hayden Scott Rose  **Address:** 308 Presque Isle Lane
**Homeowner Account:** PIL308  **Homeowner Status:** In Foreclosure - Association

| Date | Description | Ref | Charge | Payment | Balance |
|---|---|---|---|---|---|
| | **Previous Balance** | | $318.17 | | $ 318.17 |
| 10/20/2020 | Credit Card | 0 | - | 626.08 | (307.91) |
| 11/01/2020 | Monthly Assessment 2020 | 216302 | 290.56 | - | (17.35) |
| 11/01/2020 | Water Billing Admin Fee 2020 | 243445 | 1.25 | - | (16.10) |
| 11/01/2020 | Water Usage Allocation 2020 | 243445 | 16.10 | - | - |
| 12/01/2020 | Monthly Assessment 2020 | 216302 | 290.50 | - | 290.50 |
| 12/01/2020 | Water Billing Admin Fee 2020 | 246383 | 1.25 | - | 291.75 |
| 12/01/2020 | Water Usage Allocation 2020 | 246383 | 16.10 | - | 307.85 |
| 12/31/2020 | Monthly Assessment (Delinquent Fee) 2020 | 250912 | 20.00 | - | 327.85 |
| 01/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 618.41 |
| 01/01/2021 | Water Billing Admin Fee 2020 | 249031 | 1.25 | - | 619.66 |
| 01/01/2021 | Water Usage Allocation 2020 | 249031 | 12.68 | - | 632.34 |
| 01/05/2021 | Credit Card | 0 | - | 632.34 | - |
| 02/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 290.56 |
| 02/01/2021 | Water Billing Admin Fee 2021 | 253113 | 1.25 | - | 291.81 |
| 02/01/2021 | Water Usage Allocation 2021 | 253113 | 26.36 | - | 318.17 |
| 02/28/2021 | Monthly Assessment (Delinquent Fee) 2021 | 257453 | 20.00 | - | 338.17 |
| 03/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 628.73 |
| 03/01/2021 | Water Billing Admin Fee 2021 | 256774 | 1.25 | - | 629.98 |
| 03/01/2021 | Water Usage Allocation 2021 | 256774 | 25.22 | - | 655.20 |
| 03/24/2021 | Credit Card | 0 | - | 1,000.00 | (344.80) |
| 04/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | (54.24) |
| 04/01/2021 | Water Billing Admin Fee 2021 | 259874 | 1.25 | - | (52.99) |
| 04/01/2021 | Water Usage Allocation 2021 | 259874 | 25.22 | - | (27.77) |
| 05/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 262.79 |
| 05/01/2021 | Water Billing Admin Fee 2021 | 262467 | 1.25 | - | 264.04 |
| 05/01/2021 | Water Usage Allocation 2021 | 262467 | 24.08 | - | 288.12 |
| 05/17/2021 | eCheck | 0 | - | 578.68 | (290.56) |
| 06/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | - |
| 06/01/2021 | Water Billing Admin Fee 2021 | 265067 | 1.25 | - | 1.25 |
| 06/01/2021 | Water Usage Allocation 2021 | 265067 | 25.22 | - | 26.47 |
| 06/02/2021 | Deck Repairs 2021 | 265641 | 2,600.00 | - | 2,626.47 |
| 07/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 2,917.03 |
| 07/01/2021 | Water Billing Admin Fee 2021 | 267419 | 1.50 | - | 2,918.53 |
| 07/01/2021 | Water Usage Allocation 2021 | 267419 | 26.36 | - | 2,944.89 |
| 07/14/2021 | eCheck | 0 | - | 635.45 | 2,309.44 |
| 07/31/2021 | Monthly Assessment (Delinquent Fee) 2021 | 271458 | 20.00 | - | 2,329.44 |
| 08/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 2,620.00 |
| 08/01/2021 | Water Billing Admin Fee 2021 | 270881 | 1.50 | - | 2,621.50 |
| 08/01/2021 | Water Usage Allocation 2021 | 270881 | 20.66 | - | 2,642.16 |
| 08/19/2021 | Credit Card | 0 | - | 22.16 | 2,620.00 |
| 08/31/2021 | Monthly Assessment (Delinquent Fee) 2021 | 274060 | 20.00 | - | 2,640.00 |
| 09/01/2021 | Deck Repairs 2021 | 274135 | 2,600.00 | - | 5,240.00 |
| 09/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 5,530.56 |
| 09/01/2021 | Water Billing Admin Fee 2021 | 273007 | 1.50 | - | 5,532.06 |
| 09/01/2021 | Water Usage Allocation 2021 | 273007 | 20.66 | - | 5,552.72 |
| 09/08/2021 | Credit Card | 0 | - | 312.72 | 5,240.00 |
| 09/30/2021 | Monthly Assessment (Delinquent Fee) 2021 | 276568 | 20.00 | - | 5,260.00 |
| 10/01/2021 | Abstractor Fee 2021 | 276663 | 30.00 | - | 5,290.00 |
| 10/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 5,580.56 |
| 10/01/2021 | Water Billing Admin Fee 2021 | 275487 | 1.50 | - | 5,582.06 |
| 10/01/2021 | Water Usage Allocation 2021 | 275487 | 22.94 | - | 5,605.00 |
| 10/01/2021 | eCheck | 0 | - | 315.00 | 5,290.00 |

CINCSystems, Inc. Copyright 2022. All rights reserved.




**Community** Association Management

Presque Isle Villas Condominium Homeowners Association, Inc.
Transaction Detail : 10/20/2020 - 7/19/2022

Date: 7/19/2022
Time: 1:02 pm
Page: 2

**Name:** Hayden Scott Rose    **Address:** 308 Presque Isle Lane
**Homeowner Account:** PIL308    **Homeowner Status:** In Foreclosure - Association

| Date | Description | Ref | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 10/05/2021 | Collection Fee (Legal) 2021 | 277062 | $ 45.00 | $ - | $ 5,335.00 |
| 10/31/2021 | Monthly Assessment (Delinquent Fee) 2021 | 279314 | 20.00 | - | 5,355.00 |
| 11/01/2021 | Attorney Fees - Invoice #181000 - Claim of Lien 2021 | 279804 | 188.45 | - | 5,543.45 |
| 11/01/2021 | Monthly Assessment 2021 | 240996 | 290.56 | - | 5,834.01 |
| 11/01/2021 | Water Billing Admin Fee 2021 | 278380 | 1.50 | - | 5,835.51 |
| 11/01/2021 | Water Usage Allocation 2021 | 278380 | 53.86 | - | 5,889.37 |
| 11/08/2021 | November 2021 Water Usage Overcharge | 0 | (26.37) | - | 5,863.00 |
| 11/30/2021 | Monthly Assessment (Delinquent Fee) 2021 | 281801 | 20.00 | - | 5,883.00 |
| 12/01/2021 | Monthly Assessment 2021 | 240996 | 290.50 | - | 6,173.50 |
| 12/01/2021 | Water Billing Admin Fee 2021 | 280845 | 1.50 | - | 6,175.00 |
| 12/01/2021 | Water Usage Allocation 2021 | 280845 | 22.89 | - | 6,197.89 |
| 12/10/2021 | Collection Fee (Legal) 2021 | 282701 | 45.00 | - | 6,242.89 |
| 12/31/2021 | Monthly Assessment (Delinquent Fee) 2021 | 284422 | 20.00 | - | 6,262.89 |
| 01/01/2022 | Monthly Assessment 2022 | 275703 | 310.89 | - | 6,573.78 |
| 01/01/2022 | Water Billing Admin Fee 2021 | 283368 | 1.50 | - | 6,575.28 |
| 01/01/2022 | Water Usage Allocation 2021 | 283368 | 21.69 | - | 6,596.97 |
| 01/31/2022 | Monthly Assessment (Delinquent Fee) 2022 | 287709 | 20.00 | - | 6,616.97 |
| 02/01/2022 | Attorney Fees - Invoice #185442 2022 | 288459 | 232.20 | - | 6,849.17 |
| 02/01/2022 | Monthly Assessment 2022 | 275703 | 310.89 | - | 7,160.06 |
| 02/01/2022 | Water Billing Admin Fee 2022 | 286364 | 1.50 | - | 7,161.56 |
| 02/01/2022 | Water Usage Allocation 2022 | 286364 | 25.28 | - | 7,186.84 |
| 02/28/2022 | Monthly Assessment (Delinquent Fee) 2022 | 290960 | 20.00 | - | 7,206.84 |
| 03/01/2022 | Monthly Assessment 2022 | 275703 | 310.89 | - | 7,517.73 |
| 03/01/2022 | Water Billing Admin Fee 2022 | 289781 | 1.50 | - | 7,519.23 |
| 03/01/2022 | Water Usage Allocation 2022 | 289781 | 26.48 | - | 7,545.71 |
| 03/17/2022 | Check # 1103009 | 0 | - | 1,479.17 | 6,066.54 |
| 03/31/2022 | Monthly Assessment (Delinquent Fee) 2022 | 294105 | 20.00 | - | 6,086.54 |
| 04/01/2022 | Monthly Assessment 2022 | 275703 | 310.89 | - | 6,397.43 |
| 04/01/2022 | Water Billing Admin Fee 2022 | 292736 | 1.50 | - | 6,398.93 |
| 04/01/2022 | Water Usage Allocation 2022 | 292736 | 38.45 | - | 6,437.38 |
| 04/30/2022 | Monthly Assessment (Delinquent Fee) 2022 | 297093 | 20.00 | - | 6,457.38 |
| 05/01/2022 | Monthly Assessment 2022 | 275703 | 310.89 | - | 6,768.27 |
| 05/01/2022 | Water Billing Admin Fee 2022 | 296025 | 1.50 | - | 6,769.77 |
| 05/01/2022 | Water Usage Allocation 2022 | 296025 | 26.48 | - | 6,796.25 |
| 05/31/2022 | Monthly Assessment (Delinquent Fee) 2022 | 299729 | 20.00 | - | 6,816.25 |
| 06/01/2022 | Monthly Assessment 2022 | 275703 | 310.89 | - | 7,127.14 |
| 06/01/2022 | Water Billing Admin Fee 2022 | 298902 | 1.50 | - | 7,128.64 |
| 06/01/2022 | Water Usage Allocation 2022 | 298902 | 22.89 | - | 7,151.53 |
| 06/16/2022 | Check # 1226383 | 0 | - | 400.00 | 6,751.53 |
| 06/30/2022 | Monthly Assessment (Delinquent Fee) 2022 | 303441 | 20.00 | - | 6,771.53 |
| 07/01/2022 | Monthly Assessment 2022 | 275703 | 310.89 | - | 7,082.42 |
| 07/01/2022 | Water Billing Admin Fee 2022 | 302735 | 1.50 | - | 7,083.92 |
| 07/01/2022 | Water Usage Allocation 2022 | 302735 | 28.87 | - | 7,112.79 |
| | **Total** | | **$13,114.39** | **($6,001.60)** | **$7,112.79** |

CINCSystems, Inc. Copyright 2022. All rights reserved.