# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION
### File No. 1:22-CV-478

| | |
|---|---|
| **HAYDEN SCOTT ROSE,**<br><br>**Plaintiff**<br><br>v.<br><br>**PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc., PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc., BOARD OF DIRECTORS, COMMUNITY ASSOCIATION MANAGEMENT, Ltd., and BAGWELL HOLT SMITH, P. A.,**<br><br>**Defendants** | **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

TO:    CLERK OF COURT

Kindly enter the appearance of the undersigned on behalf of Defendants, Presque

Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium

Homeowners Association, Inc., Board of Directors, and Community Association

Management, Ltd.

JURY TRIAL DEMANDED.

Respectfully submitted

DICKIE, McCAMEY & CHILCOTE, P.C.

*/s/ Bridget L. Baranyai*

By_____
   Bridget L. Baranyai, Esquire
   NC I.D. # 37588

2101 Rexford Road
Suite 250E
Charlotte, NC  28211-3463
704-998-5184
bbaranyai@dmclaw.com

*Counsel for Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.,*

2

## Certificate of Service

I, Bridget L. Baranyai, Esq., hereby certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

s/ Bridget L. Baranyai
Bridget L. Baranyai, Esq.
*Counsel for Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.*

14839640.1

3