UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:22-CV-478

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>Plaintiff,<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc., PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc., BOARD OF DIRECTORS, COMMUNITY ASSOCIATION MANAGEMENT, Ltd., and BAGWELL HOLT SMITH, P. A.,<br><br>Defendants. | MOTION FOR JUDGMENT ON THE PLEADINGS |

## **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

NOW COME Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc. Board of Directors, and Community Association Management, Limited, (*incorrectly identified in the caption as "Ltd."*) by and through counsel and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to enter judgment on the pleadings in their favor.

The grounds for this Motion is set forth in the attached Memorandum.

*(Remainder of Page Intentionally Left Blank)*

1

Respectfully submitted,

**DICKIE, McCAMEY & CHILCOTE, P.C.**

*/s/ Bridget Baranyai*
Bridget L. Baranyai
(NC Bar # 37588)

Michele F. Eagle, Esquire
(NC Bar # 33928)
2101 Rexford Road, Suite 250E
Charlotte, NC 28211
704-998-5184 (P) / 888-811-7144 (F)

bbaranyai@dmclaw.com
meagle@dmclaw.com

*Counsel for Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.,*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

> /s/ *Bridget Baranyai, Esq.*
> Bridget Baranyai, Esq.
> NC Bar # 37588
> Dickie, McCamey & Chilcote, P.C.

15164982.1