# Presque Isle Villas Condominium Homeowners Association, Inc.

P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

December 15, 2020

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514


00000496-G-PIL308

Dear Hayden Scott Rose,

We forwarded your question to the attorney for the Association.

He has confirmed that the Association has the authority to dispatch a vendor however the owner is responsible for the cost of limited common element expenses.

**Section 6 of the Declaration defines decks as "limited common areas or facilities".
§ 47C-3-115(c)(1) provides that any common expense associated with the maintenance, repair, or replacement of a limited common element must be assessed against the units to which that limited common element is assigned.**

**Each owner will need to submit a 50% deposit of the $4900 estimate so the vendor can order the materials. The balance will be due from the owner after the work is complete. It takes approximately 6 weeks for the vendor to order the materials.**

Please reply with your confirmation of this work. The association has the authority to dispatch these repairs. The NC Condominium Act is clear on the owner's financial responsibility of limited common element maintenance, repair and replacements.

Sincerely,

Community Association Management
For the Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.


DEFENDANT'S EXHIBIT 5B