

P.O. Box 79032 • Charlotte, NC 28271-0030 • (919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

July 2, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-C-PIL308

Re: Account #: PIL308 - Address: 308 Presque Isle Lane

Dear Hayden Scott Rose,

Have you forgotten us? This is just a friendly reminder that your account with Presque Isle Villas Condominium Homeowners Association, Inc. is past due. Our records indicate you have an overdue amount of $2944.89.

Considering your excellent payment history, we're certain this is just an oversight. I'm sure we will receive your check within the next few days.

If you have any questions about the amount you owe, or problems bringing your account current, please give us a call and we'll be happy to discuss it. If you've already sent your payment, please disregard this reminder.

If you are setup for eStatements, and did not receive your statement in your email box, please log into www.PresqueIsleVillas.org and verify/update your email address.

Sincerely,
Community Association Management
For The Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

The following disclosure is given to you in compliance with 15 U.S.C. § 1692(g):
Unless you dispute the validity of this debt, or any portion thereof in writing, within thirty days after receipt of this letter, we will assume that the debt is valid. If you notify us in writing within that period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of the judgment entered against you (if any) and mail a copy of such verification or judgment to you. Upon your written request within the thirty day period mentioned above, we will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

---

Please detach and return this portion with payment. Do not staple or fold.

Presque Isle Villas Condominium Homeowners Association, Inc.
P.O. Box 79032
Charlotte, NC 28271-0030

PIL308
2944.89
07/02/2021
07/1/2021

Re: 308 Presque Isle Lane

Make checks payable to your association

Presque Isle Villas Condominium Homeowners Association, Inc.
Payment Processing Center
P.O. Box 848
To: Commerce, GA 30529-0016

0581 000 308 9 00294489 00294489 8




DEFENDANT'S EXHIBIT 8A

Case 1:22-cv-00478-WO-JEP   Document 20-11   Filed 09/30/22   Page 1 of 1