
**Community**
Association Management

Esta es una carta importante con respecto a una deuda pendiente. Si no puede leer Inglés, por favor, encontra alguien que puede interpretar esta carta para usted. Si no se resuelve, este asunto será referido a un abogado para las colecciones.

P.O. Box 79032 • Charlotte, NC 28271-0030
(919) 741-5285 • Fax (919) 948-3631
www.PresqueIsleVillas.org

October 5, 2021

Hayden Scott Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

00000496-C-PIL308


**THIS COMMUNICATION IS FROM A DEBT COLLECTOR, AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RE: Account: PIL308
HOA: Presque Isle Villas Condominium Homeowners Association, Inc.
Property : 308 Presque Isle Lane

Dear : Hayden Scott Rose

**IT HAS BEEN BROUGHT TO THE ATTENTION OF THE BOARD OF DIRECTORS THAT YOUR ASSOCIATION ACCOUNT IS IN ARREARS.**

**PLEASE TAKE NOTICE That regular and special assessments duly levied by Presque Isle Villas Condominium Homeowners Association, Inc. against your property located at 308 Presque Isle Lane, are delinquent. A Delinquent balance of $5335.00 is due on your account.** Please disregard this letter if your payment and this letter have crossed in the mail.

**BE ADVISED THAT PURSUANT TO NORTH CAROLINA LAW YOU HAVE THE RIGHT TO PAY THIS BALANCE IN FULL WITHIN FIFTEEN (15) DAYS OF THE DATE OF THIS LETTER WITHOUT INCURRING ATTORNEY'S FEES AND COSTS ASSOCIATED WITH COLLECTION OF THIS DEBT. If the balance due is not paid in full within 15 days of the date of this letter, the Association will turn your account over to the Association's law firm, and the Association intends to seek payment from you of all attorney's fees, costs and expenses incurred in collection of this debt.** Presque Isle Villas Condominium Homeowners Association, Inc. reserves the right to report this delinquency to the credit bureau(s). The balance due does not include any other monies due the association including, but not limited to, current or future assessments, late charges, or interest, which will increase the balance due, stated above.

*Please contact Frank Clerk at (919) 741-5285 Ext. 5983 within fifteen (15) days of the date of this notice to make payment arrangements or make your check payable to above named association and address.* Neither you nor the Association is obligated to offer or accept a payment schedule.

You will receive NO further notices before the institution of formal action to collect the outstanding balance, including attorney's fees. Your Account will be turned over to the Associations attorney if payment is not received within 15 days. From that point in time forward, all communications will be between you and the Associations attorney, *not* Community Association Management or the Board of Directors. We hope this will not be necessary.

Sincerely,
Frank Clerk - for the Board of Directors for Presque Isle Villas Condominium Homeowners Association, Inc.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. This collection letter supersedes any account statements or other correspondence from the Association or Community Association Management related to your account balance and when the payment is due, including any account statements bearing the same date as this letter. The balance shown on this letter is the current amount due as of close of business on 10/05/2021.

Enclosures: Copy of Account History
Notice Required by the Fair Debt Collection Practices Act (15 U.S.C 1692)

CERTIFIED MAIL- RETURN RECEIPT REQUESTED
FIRST CLASS MAIL (Copy)


DEFENDANT'S EXHIBIT 8E