UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., BOARD OF DIRECTORS; COMMUNITY ASSOCIATION MANAGEMENT, Ltd.; and BAGWELL HOLT SMITH, P.A.;<br><br>　　　　Defendants. | Civil Action No. 1:22-CV-478 |

**NOTICE OF COMPLIANCE WITH LOCAL RULE 5.4(b)(1)**

The Parties hereby provide Notice to the Court of the Parties' compliance with Local Rule 5.4(b)(1) and this Court's Order (Doc. 18). Specifically, on October 14, 2022, the Parties met via teleconference and discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal. At the

conclusion of the meet and confer, the Parties determined that their previous selection of the Default Procedures of Local Rule 5.4(c) is appropriate. (Doc. 17).

Respectfully submitted
this 14th day of October 2022 by:

By: /s/Russell M. Racine
Russell M. Racine
NC Bar #33593
Robert El-Jaouhari
NC Bar #49184
**CRANFILL SUMNER LLP**
2907 Providence Rd., Ste. 200
Charlotte, NC 28211
704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com
www.cshlaw.com
*Counsel for Defendant Bagwell Holt Smith, P.A.*

By: /s/ M Shane Perry
M. Shane Perry
NC Bar #35498
Collum & Perry
109 West Statesville Ave.
Mooresville, NC 28115
(704) 663-4187
Shane@collumperry.com
*Counsel for Plaintiff*

By: /s/ Bridget L. Baranyai
Bridget L. Baranyai
NC Bar # 37588
Dickie, McCamey & Chilcote, PC
2101 Rexford Road, Ste. 250E
Charlotte, NC 28211
(704) 998-5184
bbaranyai@dmclaw.com
*Counsel for Presque Isle Villas Condominium Homeowners Association, Inc.; Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties in this case.

| | |
|---|---|
| 14 October 2022 | /s/Russell M. Racine <br> Russell M. Racine <br> NC Bar #33593 <br> Robert El-Jaouhari <br> NC Bar #49184 <br> **CRANFILL SUMNER LLP** <br> 2907 Providence Rd., Ste. 200 <br> Charlotte, NC 28211 <br> 704 940-3418 – Tel. <br> 704 831-5501 – Fax <br> rracine@cshlaw.com <br> www.cshlaw.com <br> *Attorneys for Defendant Bagwell Holt Smith, P.A.* |