UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:22-CV-478

| | |
|---|---|
| **HAYDEN SCOTT ROSE,**<br><br>　　　　　　　　　　　　**Plaintiff**<br><br>　　v.<br><br>**PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc.,** *et al.*,<br><br>　　　　　　　　　　　　**Defendants** | **MOTION TO EXTEND TIME TO RESPOND** |

**NOW COMES** Plaintiff, Hayden Scott Rose, by and through Counsel, and pursuant to F. R. Civ. P. Rule 6(b) and LCvR 7.3, respectfully moves this Court to extend time 10 days, up to and including October 31, 2022, for Plaintiff to respond to Defendants' motion pursuant to Rule 12(c). In support of this motion, the Plaintiff shows this Court the following:

1. On September 30, 2022, the Defendants Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc. Board of Directors, and Community Association Management, Limited filed with this Court a motion for judgment on the pleadings (Doc. 19), pursuant to Rule 12(c) of the Rules of Civil Procedures.

2. The Plaintiff's deadline for responding is Friday, October 21, 2022.

3. On or about September 23, 2022, Plaintiff's counsel suffered an injury that makes performing legal work, and specifically typing, very difficult. This injury became worse over time.

4. Plaintiff's counsel entered therapy this week and has begun recovering, but the process is slow.

5. Therefore, Plaintiff requests an extension of 10 days, up to and including October 31, 2022, to respond to the Defendants' motion.

6. This motion is not made for the purpose of dilatory practice.

7. This motion is made pursuant to Rule 6(b)(1)(A) which states in relevant part, "When an act may or must be done within a specified time, the court may, for good cause, extend the time with *** motion *** is made, before the original time or its extension expires."

8. Counsel for all parties conferred on this motion and all Defendants have consented to the requested relief.

**WHEREFORE,** the Plaintiff respectfully moves this Court to extend the Plaintiff's time to respond ten days, up to and including October 31, 2022, and such other and further relief as may be necessary, just, and proper.

**TODAY** is October 14, 2022.

                              **COLLUM & PERRY**

By: /s/ *M. Shane Perry*
Attorney for Plaintiffs
NC Bar No. 35498
109 W. Statesville Ave.
Mooresville, NC 28115
Telephone: 704-663-4187
Fax: 704-663-4178
shane@collumperry.com

| | |
|---|---|
| **HAYDEN SCOTT ROSE,**<br><br>                                **Plaintiff**<br>**v.**<br><br>**PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc.,** *et al.*,<br><br>                                **Defendants** | **MOTION TO EXTEND TIME TO RESPOND** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Middle District of North Carolina, with notification being sent electronically to all counsel of record.

**TODAY** is October 14, 2022.

                              **COLLUM & PERRY**

By:     */s/ M. Shane Perry*
          Attorney for Plaintiffs
          NC Bar No. 35498
          109 W. Statesville Ave.
          Mooresville, NC 28115
          Telephone: 704-663-4187
          Fax:  704-663-4178
          shane@collumperry.com