UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., BOARD OF DIRECTORS; COMMUNITY ASSOCIATION MANAGEMENT, Ltd.; and BAGWELL HOLT SMITH, P.A.;<br><br>    Defendants. | Civil Action No. 1:22-CV-478 |

**JOINT MOTION TO CONTINUE HEARING SET FOR 20 OCTOBER 2022**

The Parties hereby jointly move for an Order continuing the Rule 26f hearing set for October 20, 2022, for two weeks. In support of their motion, the Parties state as follows:

- On October 14, 2022, the Parties met and conferred regarding this Court's Order (Doc. 18) and compliance with Local Rule 5.4(b)(1).

- During that meet and confer, the Parties discussed the need to set a discovery schedule to comply with Rule 26f, and the need to submit an amended Rule 26f report with specific dates for the Court's review.

- The Parties also discussed Plaintiff's counsel's health concerns and all Parties consented to Plaintiff's Motion to Extend the Time to Respond to Defendant HOA's Motion to Dismiss. See Doc. 24, Plaintiff's Motion, and Doc. 19, HOA's Motion.

- Since the HOA has filed the Motion to Dismiss, some of the issues related to the difficulties in setting actual dates for the Rule 26f Report are resolved. Thus, the Parties believe that they will be able to meet and confer and agree upon actual dates to include in the Amended Rule 26f Report.

- The Parties can conduct their meet and confer within the next few days, and will file an Amended Rule 26f Report by October, 28, 2022.

- Continuing the hearing set for October 20, 2022, will allow the Parties to complete these tasks and will likely eliminate the need for a hearing.

Accordingly, the Parties respectfully request that the hearing set for October 20, 2022, be continued to allow the Parties to submit an Amended Rule 26f Report with actual dates.

Respectfully submitted
this 19th day of October 2022 by:

By: /s/Russell M. Racine
Russell M. Racine
NC Bar #33593
Robert El-Jaouhari
NC Bar #49184
**CRANFILL SUMNER LLP**
2907 Providence Rd., Ste. 200
Charlotte, NC  28211
704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com

www.cshlaw.com
*Counsel for Defendant Bagwell Holt Smith, P.A.*

By: /s/ M Shane Perry
M. Shane Perry
NC Bar #35498
Collum & Perry
109 West Statesville Ave.
Mooresville, NC 28115
(704) 663-4187
Shane@collumperry.com
*Counsel for Plaintiff*

By: /s/ Bridget L. Baranyai
Bridget L. Baranyai
NC Bar # 37588
Dickie, McCamey & Chilcote, PC
2101 Rexford Road, Ste. 250E
Charlotte, NC 28211
(704) 998-5184
bbaranyai@dmclaw.com
*Counsel for Presque Isle Villas Condominium Homeowners Association, Inc.; Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties in this case.

| | |
|---|---|
| 19 October 2022 | /s/Russell M. Racine |
| | Russell M. Racine |
| | NC Bar #33593 |
| | Robert El-Jaouhari |
| | NC Bar #49184 |
| | **CRANFILL SUMNER LLP** |
| | 2907 Providence Rd., Ste. 200 |
| | Charlotte, NC 28211 |
| | 704 940-3418 – Tel. |
| | 704 831-5501 – Fax |
| | rracine@cshlaw.com |
| | www.cshlaw.com |
| | *Attorneys for Defendant Bagwell Holt Smith, P.A.* |