UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HAYDEN SCOTT ROSE, <br><br> Plaintiff, <br><br> v. <br><br> PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., BOARD OF DIRECTORS; COMMUNITY ASSOCIATION MANAGEMENT, Ltd.; and BAGWELL HOLT SMITH, P.A.; <br><br> Defendants. | Civil Action No. 1:22-CV-478 |

**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**

This matter is before the Court on a Joint Motion to Continue the hearing set for October 20, 2022 [Doc. #25]. In the Motion the Parties represent that they are actively working to resolve their remaining disputes for setting a discovery schedule, and that they will file an Amended Rule 26(f) Report by October, 28, 2022. In light of that representation, the Court will continue the Pretrial Conference to Thursday, November 17, 2022, at 9:30 a.m. The Court will review the Amended Rule 26(f) Report filed by the Parties and will then determine whether the Pretrial Conference will be necessary, or whether the Amended Report can be adopted as submitted.

IT IS THEREFORE ORDERED that the Motion to Continue [Doc. #25] is GRANTED, and the hearing set for October 20, 2022, is continued to November 17, 2022, at 9:30 a.m., and the Parties shall submit an Amended Rule 26(f) Report by October 28, 2022.

This the 19th day of October, 2022.

       /s/ Joi Elizabeth Peake
United States Magistrate Judge

2

Case 1:22-cv-00478-WO-JEP   Document 27   Filed 10/19/22   Page 2 of 2