**PRESQUE ISLE VILLAS COMMUNITY HANDBOOK**

TABLE of CONTENTS
July 10, 2018

| | |
|---|---:|
| INTRODUCTION | 2 |
| BACKGROUND | 2 |
| PRESQUE ISLE VILLAS MANAGEMENT | 2 |
| ADMINISTRATION | 3 |
| GENERAL | |
|     Monthly Assessments aka "Condo Fees" or "Dues" | 3 |
|     Occupancy | |
|     Traffic | |
|     Road Usage and Maintenance | |
|     Parking | |
|     Security and Safety | |
|     Noise | |
| POOL | 5 |
| CLUB HOUSE | 5 |
|     Guidelines for Club House Use | |
|     Club House Grill | |
|     Reservations and Parties | |
|     Reservation Procedure | |
|     Parties | |
|     Clean-up after Parties | |
| PETS | 6 |
| TRASH AND RECYCLING | 6 |
| RENTALS | 7 |
| PRESQUE ISLE MAINTENANCE AND REPAIR | 7 |
|     Insurance-HOA and Unit Owners | |
|     Responsibilities of Homeowners Association | |
|     Responsibilities of the Individual Homeowner | |
| LANDSCAPING | 9 |
| BUILDING EXTERIOR | 9 |
| PORCHES | 9 |
| SIGNS, FLAGS, AND TEMPORARY DISPLAYS | 10 |
| REQUESTS FOR ARCHITECTURAL AND/OR LANDSCAPING EXCEPTIONS | 10 |
| ENFORCEMENT OF ARCHITECTURAL AND LANDSCAPING STANDARDS | 10 |
| RESIDENTIAL WATER USE | 11 |
| MAINTENANCE RESPONSIBILITY CHART | 12 |

## INTRODUCTION

The Presque Isle Villas Community Handbook is an extension of our Articles of Incorporation, Declaration of Condominium, By-Laws and Rules and Regulations. It in no way usurps their intent, but seeks to clarify, expand, and simplify. In the event of a conflict between the Community Handbook and either the Declaration of Condominium or the By-Laws, the Declaration and By-Laws shall govern.

Every property owner should have a copy of the Declaration of Condominium and the By-Laws and this Community Handbook. Every owner should review the Declaration of Condominium and By-Laws. The contents of the Community Handbook Book flow from these legal documents. **Following Handbook guidelines is not "optional" for owners or renters.** Each document may be found on www.PresqueIsleVillas.org.

It is the **Unit Owner's** responsibility to be informed of Presque Isle Governing Documents, regulations and penalties for violations. Owners who rent out their units are responsible for assuring their tenants adhere to the Declaration of Condominium, Rules and Regulations, and Community Handbook and have access to the community website for additional Presque Isle Villas (PIV) as needed.

## BACKGROUND

Presque Isle Villas consists of a Club House, a pool, 42 residences and 51 garages. The nine separate, additional garages were sold to the original unit owners and conveyed to present owners of those original units.

At Presque Isle Villas the term "Common Area" refers to all portions of the Property located outside of a Unit. "Limited Use Common Areas" are those common areas and facilities reserved for use by an individual Unit or Units, to the exclusion of other Units.

## PRESQUE ISLE VILLAS MANAGEMENT

- The 42 Presque Isle Villas homeowners comprise a non-profit Association for the management of the common grounds and assets. Homeowners elect a Board of Directors that appoints Committee Chairpersons to assist in management. A Property Manager is retained for maintenance, financial, and operational responsibilities as directed by the Board.
- The Association has an Operating Budget and a Reserve Budget. The Operating Budget funds annual maintenance expenses. The Reserve Budget funds major repair/replacement of assets as approved by the Board. Financial statements are available to any unit owner on request.
- A special assessment may be necessary under extraordinary circumstances to raise funds for a specific purpose.

## ADMINISTRATION

### Annual Meeting

- The By-Laws require one annual Homeowners Meeting, generally held in December, at which time Board members are elected and the Annual Budget is ratified.
- Notice of meetings and the agenda must be sent at least 10 days before the meeting but not more than 30 days.
- A Board of Directors of the Condominium Association is elected by the Members of the Association for one year terms. The Board officer positions are President, Vice President, Secretary, Treasurer and Director-at- large. Their duties are spelled out in the By-Laws which also specify that a minimum of three and a maximum of five directors may be elected.
- The top 3-5 nominees receiving the most votes become the Directors who then decide among themselves who will fill which office.
- Operating Committees may be formed as determined by the Board, e.g., Building, Maintenance, Landscaping, Club House, Pool, and Communications. Committee Chairpersons are appointed by the Board.

**Regular Board of Director Meetings**
- The date and time of Board of Directors meetings is determined by the President. Homeowners may attend the general business portion of Board meetings. Those homeowner attendees, who have issues to be presented to the Board, may request to be on the agenda prior to the meeting. Attendees presenting will state their case succinctly and then leave the meeting.
- Information with regard to policies, events, etc. may be sent to homeowners via e-mail.

**GENERAL**

**Monthly Assessments aka "Condo Fees" or "HOA Dues"**

Monthly assessments are payable on the first of each month (and no later than the last day of the month) by check to Presque Isle Homeowners' Association, automatic bank draft or online credit card.

- **Delinquency Policy:** After **30** days (or the last day of the month of the late payment) a late fee of **$20** will be assessed; after **60** days, voting and pool privileges may be suspended after notice, and the account will be referred by the Board to the property management group/designee for collection. If there is no payment after 60 days (late), a lien on the unit may be filed. If there still is no payment, the Board may vote to foreclose. *(Refer to By-Laws, Article 6, Section 4 for details).*

**Occupancy**

- No more than three persons over the age of 18, unrelated by blood or marriage, may reside in any single unit for more than 30 consecutive days in one calendar year. The names of all persons living in any unit should be provided to the Board President.
- Garage door openers, keys to unit, mailbox, Club House and pool gate should be obtained from the (previous) owner.
  - When pool gate and Club House keys are not transferred to new owners, contact the Board President/designee who will provide keys from which copies may be made at unit owner's expense.

**Traffic**

The Presque Isle speed limit is 10 mph.

**Road Usage and Maintenance**

- Presque Isle Lane is a *private road* and is not maintained by the Town of Chapel Hill. The Condominium Association is responsible for road repair, snow and ice removal, and street cleaning.
- Moving companies (or other services) with vans or trucks of "excessive" length or weight (eg. $\geq 55$ feet long inclusive) should be strongly discouraged from driving into PIV on Presque Isle Lane. Alternative arrangements can be made by parking large vehicles on Coleridge Drive outside PIV and uploading or off-loading van/truck contents using smaller vehicles, hand carts, etc.
    - Any damage resulting from too long or too heavy trucks coming into PIV will be the responsibility of the service provider and unit owner.
    - It is expected that all moving vans will be packed or unpacked in one working day, that is, no over-night parking on Presque Isle Lane.
- Contractors retained by individual homeowners for services such as carpet cleaning, power-washing, painting etc., must be informed by the homeowner that chemicals and other process by-products are not to be discarded on driveways, lawns, in the garbage bins, dumpster or the surrounding woods. Any clean-up or damage to Presque Isle property caused by contractors the homeowner has retained, will be the responsibility of the unit owner to remedy to the satisfaction of the Board.
- Tag sales, garage sales and yard sales on Common Area are not permitted.

**Parking**

- There is one garage for each unit. Some units do have an additional garage(s) assigned.
- Parking spaces are not assigned and are designated by white dividing lines around the Presque Isle Lane perimeter and the Club House.
- Vehicles parked illegally (along yellow curb) or in non-designated areas may be towed at owner's expense.
- Vehicles may not be dismantled and/or repaired on the Common Area.
- Prohibited vehicles on the Common Area include: boats, trailers, campers, mobile homes, trucks, (excluding SUVs and standard pick-ups of 2 1/2 tons or less) commercial vehicles, jet skis, snowmobiles, and other non-passenger vehicles.
    - "For Sale" vehicles are prohibited.
    - "On Lane" parking of non-functioning vehicles is prohibited.
- Parking for guests attending events at the Club House or individual units is limited to two vehicles. Hosts should suggest that guests park on Coleridge Drive.
- Every homeowner must inform guests of our rules and guidelines. The homeowner is responsible for the actions of guests.

**Security and Safety**

- Presque Isle is a private property. Trespassing is prohibited.
    - No solicitors are allowed.
    - Report any illegal activity or concern to the Chapel Hill Police (911).
- Safety precautions include:
    - Lock vehicles and set alarms; remove items of value from sight.
    - Lock all entrances to home and to the Club House.
    - Keep garage doors closed.
    - Contract electronic security systems are optional and the unit owner's responsibility.
    - Leave only appropriate lawn furniture and plants on porches. No bikes, coolers, etc.
    - Remove broken, dysfunctional outdoor furniture or "accessories".

**Noise**

No offensive activity shall be conducted which may become an annoyance or nuisance or shall interfere with the peaceful possession of property by Unit Owners.

**POOL**

The annual pool opening and closing dates vary slightly from mid-May through late September, depending on weather and budget. The pool is solely for the use of residents and their guests.

- A resident must accompany a guest at the pool and Club House at all times.
- Pool hours: Dawn to Dusk
- Shower before entering the pool.
- Swim at your own risk. No lifeguards.
- Children under *12* must be supervised by a competent swimmer.
- No glass containers or bottles allowed in the pool area or on the deck
- No pets allowed.
- Towels, clothing and toys left at the pool will be discarded.
- A pool company maintains the pool. Call the Management Company if there is a *pool-related* problem.

**CLUB HOUSE**

The Club House is the property of the Presque Isle Condominium Homeowners Association and is treated as Common Area.

**Guidelines for Club House Use**

- Any resident using the Club House for any event must sign in and out in the notebook provided on the kitchen counter.
- The pool cannot be reserved for the use of an exclusive party. It remains open for all residents and guests.
- Club House **guests** 18 years and under must be accompanied by an adult resident.
- Outside music is not permitted before 10:00 AM or after 11:00 PM
- No overnight occupancy is permitted after Club House hours.
- Anyone using the Club House must leave it clean; dishwasher run and emptied, floors vacuumed, lights and appliances turned off and all doors locked.
    - **Do not change the thermostat.** It has been adjusted by a heating/air conditioning professional. Any changes affect all settings. If you perceive a problem, call the Management Company.
    - Equipment (media, exercise) must not be moved or disconnected.
- Bathing suits not permitted in the Club House, except when using the restrooms.
- Clubhouse and Pool areas are smoke-free.
- Alcohol
    - Must not be sold to anyone or provided to anyone under 21
    - Must not be provided to anyone who seems drunk
    - Must not be left in the Club House following any event (whether bottles are opened or unopened).
    - Any individual consuming alcohol is not permitted to drive a vehicle following consumption.
- No pets in the Club House or Pool area

**Club House Grill**
- The grill may be used without making prior reservations (unless in use by a reserved Club House party).
- Grill must be moved away from the combustible building structure and from under the roof overhang before firing up.
- Assure grill burner knobs are in off position after using.
- Wipe clean outdoor grill surfaces and clean the grill racks with wire brush and re-cover.
- Turn off propane tank valve ("Righty-tighty", "lefty-loosey").

PIV Community Handbook 5

- Report empty propane tank to Board President/designee.
- Return grill to the storage position under the Club House roof overhang.

**Reservations and Parties**

Residents may reserve the Club House for private parties that are social functions. The resident making the reservation is responsible for all clean-up including the outdoor grill and indoor oven, refrigerator, dishes, etc *(see above guidelines).* Resident must be present throughout the function.

**Reservation procedure**

- Check the calendar on the Club House Boardroom bulletin board for free dates and sign up.
- Send your reservation request to the Board President with a $150 security deposit check made out to Presque Isle Villas; refundable if there is no damage.
    - Arrange for a walk-through with the Board President/designee before and after the function.
    - Any damages will be assessed to the resident who made the reservation

**Parties**

- Party hours: 10:00 AM to 12:00 midnight; **no outside activity after 11:00 PM**
- Town of Chapel Hill limits capacity to 104 persons
- Do not attach anything to walls; no tape, tacks, nails, etc.
- The wedding tradition of throwing rice, confetti, bird seed, etc., is prohibited.

**Clean-up after parties**

- Clean-up should be completed by 10:00 AM the day after the event.
- All furnishings should be returned to original positions.
- Remove all decorations, balloons, etc.
- Turn off fireplace if used. Wait 3 minutes to be sure it's off.
- Clean all counter tops, appliances, and restrooms.
- Run and empty dishwasher, returning all clean items to proper places.
- Leave no food in refrigerator, in cupboards, on counter tops
- Vacuum floor. Clean spots on carpet.
    - Vacuum cleaner and cleaning supplies are found in room to the right of the kitchen counter (driveway, not pool, side of the Club House).
- Trash from garbage containers (including restroom) should be bagged and taken to the "trash area" dumpster. Recyclables should be placed in appropriate bins in the trash area.
- Notify Board President/designee about missing or low supply of any cleaning supplies, trash bags, etc.

**PETS**

- Owners are encouraged to walk dogs outside the PIV brick walls to "do business".
- Please do not allow dogs to urinate repeatedly in the same place, leaving visible "burned spots" in the grass.
- Dogs must be leashed or under voice control of owner.
- Solid pet waste must be picked up and deposited in the trash dumpster.
- Pet food should be kept within a Unit.
- The Board is directed to act on complaints about pets.

**TRASH AND RECYCLING**

- The Town of Chapel Hill picks up trash once a week. Trash must be bagged and placed in the appropriate (brown) dumpsters.

- Instructions are posted on the trash dumpster, the green cardboard dumpster and blue recycle bins.
- The Town of Chapel Hill driver can refuse to pick up any trash, such as cardboard, if it is wrongly deposited in the **brown** Trash Dumpster. Further; Town of Chapel Hill may impose a monetary fine for each offense of "unlawful dumping".
- Waste Industries picks up cardboard.
- Construction debris, florescent bulbs, electronic items, paint, aerosol cans, hazardous waste, etc. must be taken to the town dump on Eubanks Road (call for hours of operation). They must not be left in the trash areas, bins, or dumpsters.
- Corrugated boxes must be **flattened** and deposited in the ONLY dumpster designated for corrugated cardboard (located near Building 100)
- Recycling materials do not have to be sorted by type, eg, "paper, plastic, etc.

**RENTALS**

- A homeowner must notify the <u>HOA</u> Board President when his/her property is rented and again when the property is vacated.
- The homeowner (lessor) must provide the Association President with a copy of the lease contract and include the renter's name, names of all occupants, contact phone number, and e-mail address via mail to Presque Isle Board of Directors c/o Presque Isle Clubhouse, 100 Presque Isle Lane, Chapel Hill, NC 27514. [See Declaration, Book 2233, Page 293 header, section (j) for source].
- **Owners must provide renters with a copy of the Presque Isle Community Handbook and are responsible for their renters to abide by the contents.**
- The homeowner is responsible for violations by renters and/or damage to community property. Any fines, liens, or legal action will be the responsibility of the unit owner.
- No more than three persons over the age of 18, unrelated by blood or marriage, may reside in any single unit for more than thirty consecutive days in one calendar year.
- Renting garages to an individual who intends to occupy the garage as a residence is prohibited.

**PRESQUE ISLE MAINTENANCE and REPAIR**

**Insurance--COA**

The Condominium Association property insurance includes replacement cost coverage for the builder-constructed interiors and exteriors of the five condominium residential buildings and detached garages, the Club House (exterior and interior contents), swimming pool/equipment and deck, complex fencing and brick walls. Coverage does not include the personal property of the homeowner's unit.
Policy details should be confirmed with the Property Manager.

**PROPERTY** - property coverage is provided on all buildings for restoration or replacement back to original condition. Upgrades (improvements and betterments) are not covered by this policy. Unit owners need to add the insurance for these items to their personal policies.

Property coverage includes damages caused by fire, lightning, windstorm, hail, explosion, falling objects, weight of ice or snow, water damage due to overflow from plumbing, among other causes of loss.

**Excluded** are maintenance items - wear and tear, deterioration, damage done by insects or animals, and damage from long term leaking or seepage from appliances (water heaters, ice makers, etc.) or plumbing (slow leaks from pipes or toilets). Coverage for Flood and Earthquake are excluded.

**GENERAL LIABILITY** - liability coverage is provided for events occurring in all common areas, including medical payments due to incidents occurring in any common area.

Your individual coverage should be reviewed annually. For more information about the Association's Insurance, go to Section 18 and 19 of the Declaration of Condominium document and http://ho6insurance.com/north-carolina-condo-insurance .

**Maintenance Responsibilities**

- Please see the maintenance responsibility chart attached for the allocation of maintenance responsibilities between owner and HOA.
- The Management Company should be alerted to needed repairs on exteriors and common property.
- Owners of units left unoccupied for extended periods of time, especially during winter months, should assure enough heat is left on to prevent interior pipes from freezing. Owners are responsible for all repairs, including any outside wall damage and damage to adjoining units, which result from water damage due to interior pipes freezing.
- Absentee owners should arrange to have unoccupied units physically inspected at regular intervals (to assure no pipes are broken or leaking, the fire suppression (sprinkler) system has not been inadvertently triggered and no security or electrical hazards exist. (Damage resulting from these sorts of problems may result in increased HOA or personal costs).
- During the winter, outside hoses should be disconnected from the faucets and drained.
- It is highly recommended that the unit's main water control valve be shut OFF during extended absence of occupancy.
- The Board recommends a lever shut-off valve *(rather than the original twist handle shut-off)* for the in-coming water to the unit. *Flexible* stainless steel hoses are recommended for the washer and for refrigerators dispensing ice and drinking water.
- Check the dryer's lint trap and vent regularly *(on the exterior wall of the unit where possible)* and keep free of lint.
- If a homeowner fails to take corrective action on any actual or potential damage when notified, the work may be done and billed to the homeowner.

**LANDSCAPING**

- A landscaping service oversees the landscaping and irrigation systems of Presque Isle. The contracted landscaper maintains the lawn, shrubs, trees, and control of plant diseases and seasonal plantings. The Board may obtain additional services for further plantings, irrigation and/or drainage issues, etc.
- Requests to change or modify landscaping features, must be submitted in writing to the Board for approval. (See Landscaping or Architectural Request for Exemption form at the end of the Handbook).
- The areas immediately adjacent to the homeowner's unit may be planted by the homeowner at his/her expense and must be maintained by the homeowner. Planting perennials, trees and shrubs requires Board approval prior to planting. Plants that do not meet Board approval may be removed at unit owner's expense. Unsightly and/or dead plants should always be removed in a timely manner.
- Garden hoses must be kept neatly coiled.
- Garden statuary, eg, gnomes, animals may be placed in close proximity to one's unit. The Board reserves the right to request removal of any item (at owner's expense) determined to be not in keeping with the overall generally accepted appearance of the PIV grounds.
- Tiki torches, bug zappers, and other free-standing insect trapping devices are not permitted.
- Free standing bird feeders are permitted in front of a unit. The unit owner is responsible for keeping the area under the feeder free of droppings, weeds, and seeds. Bird Feeders are not allowed from October through March during hibernation season.
- Walkways to porches must meet Board approval.
- Homeowners and residents should not prune common area trees and shrubs; instead send requests to the Board for such work to be done by the landscape service contractor.

Notwithstanding the foregoing, nothing may be installed in the common areas, including, but not limited to, bird feeders, gnomes, statues, signs, bird baths, wind chimes, and other exterior modifications without approval from the Board.

## BUILDING EXTERIOR

The building exterior is to be maintained by the Homeowners Association. A general standard has been developed in order to maintain and improve property aesthetics for sustaining and improving property value.

- **Interior Window treatments**: All window coverings must be 2 inch white wood (or faux wood) blinds. Additional interior window coverings are at the discretion of the homeowner.
- **Window decorations**: no stickers, decals, or posters are allowed on windows except those required for emergency services. Electric candles are permitted for holiday decorations.
- **Window screens**: Full black mesh window screens and partial-window horizontal screens (sliding adjustable) are permitted.
- **Window boxes:** Outside second story windows (none on first story): Attached window boxes are property of the Homeowners Association. A resident may maintain the window boxes with living plants. The resident must purchase a liner for the box to protect the wood of the window box and the exterior surface of the building. Plant maintenance is the responsibility of the resident. Any damage to the building as a result of window box use (water stains, rot, etc.) will be the financial responsibility of the resident, not the Homeowners Association.

## PORCHES

- Screening porches is not permitted.
- **Furniture**: Should be outdoor furniture in good condition.
- **Grill**: Electric grills are permitted. Grills that produce a flame such as those using charcoal or propane tanks or natural gas are not permitted under first floor covered porches or on second floor porches.
- Ceiling fans: Black ceiling fans **with** lights are permitted on porches. Ceiling fans without lights are not permitted. Porch ceilings require an additional brace to support a fan.
- Potted plants are permitted but dead or dying plants must be removed by the resident.
- For the purposes of maintaining a uniform and aesthetically pleasing community, satellite dishes are strongly discouraged. Any special requests must be made for Board consideration through the ARC process. Any satellite dishes not under an active service contract must be removed.
- Porches are to be kept clean and free of clutter. Umbrellas, coolers, recycling bins, laundry racks, pet kennels/equipment, paper and plastic bags, stacks of newspapers are examples of unacceptable items. Hanging towels and laundry to dry or air from porches, windows, or doors, is not permitted.
  - Storage of garden tools, equipment, supplies, bikes, etc. is not permitted.

## SIGNS, HANGING ITEMS and SEASONAL DISPLAYS

**Hanging items**
- Windsocks are not permitted.
- Baskets, hanging decorations, and wind chimes etc. are permitted. Chimes may be required to be removed if a neighbor complains of a noise nuisance.

**Flags**
- United States and North Carolina flags no larger than four feet by six feet are permitted. Larger flags need written Board approval prior to displaying.
- Other country and state flags, affiliation flags, decorative flags, no larger than 12" x 12" are permitted. Larger flags need written Board approval prior to displaying.

**Signs**
- **"For Sale" signs:** Two signs are allowed per unit a must be displayed in the window (usually front and back) of the unit. Outdoor signs are not permitted. Signs may not be larger than 24" high by 24" wide.

**Seasonal displays**
- Seasonal exterior decorations include plants, wreaths, pumpkins, etc are permitted.
- Motor-driven or inflatable exterior items are prohibited.
- Seasonal lights cannot be stapled, nailed, or adhered to the Hardiplank siding.
- Exterior Decorations should be removed by 20 days after the holiday.

**Temporary displays**
- Exterior Party decorations, i.e. balloons, crepe paper, signs, etc. are permitted for a 24 hour period.
  - Decorations that use fuel such as tiki torches are not permitted.
- Decorations must not damage the Limited and Common Areas or endanger the safety of the community. Any damage cause by installation of decorations will be the financial responsibility of that homeowner/resident.
- Decorations must be removed according to "clean up" guidelines in this Handbook. In extreme cases, the homeowner/resident will bear financial costs associated with removal and clean-up as specified by the Board if decorations are not removed per guidelines.

**REQUESTS FOR ARCHITECTURAL AND/OR LANDSCAPING EXCEPTION**

- A homeowner requesting permission for an exterior architectural or landscaping exception should seek Board approval **30 days** prior to taking any action.
- A written request with supporting documentation is to be submitted to the Board for review and approval.
- The Board must notify the homeowner of its decision in writing within **45** days from the day the written request was made to the Board.
- All decisions will be subject to Presque Isle's legal documents.

**ENFORCEMENT OF ARCHITECTURAL AND LANDSCAPING STANDARDS**

- Per Presque Isle's Declaration of Condominium and By-Laws, the Board and its Management Company may request, in writing, removal of non-compliant exterior item(s). If the item(s) is not removed **7** business days from the date of the request further action may be taken at the Board's discretion in accordance with their fiduciary responsibility to maintain property value.
- If the non-compliant item is not removed, a follow-up letter will be sent with the date the fine assessment will begin.
- A fine of **$25** per day will be assessed and collected by the Management Company on behalf of the Homeowners Association.
- The homeowner can appeal the fine assessment. The appeal must be in writing to the Board President and Management Company, accompanied by any relevant documents.
  - He/She may request to be included on the agenda of the next Board Meeting where he/she may present the issue to the full Board for consideration.
- Any homeowner, who is not in compliance with the terms set forth in the Presque Isle Community Handbook as well as those in the Homeowners Association legal documents, is subject to a daily fine of **$25.**
- Fines will be paid to the Management Company acting on behalf of the HOA.
- Disputes regarding fines will be resolved at the sole discretion of the Board.

**Water/Sewer Charges**

According to the Declaration in section 9, "Each building shall have a separate meter, and each unit shall be charged for its share of the building's water based on the proportionate share of its square footage to the square footage of the entire building." Therefore water/sewer charges are not included in your general assessment dues each month. If you sell your unit, please remember to disclose to any buyers that the water/sewer is not included in the assessment dues.

BAGWELL HOLT SMITH P.A.
ATTORNEYS AT LAW
111 CLOISTER COURT, SUITE 200
CHAPEL HILL, NORTH CAROLINA 27514
TELEPHONE: (919) 401-0062
FACSIMILE: (919) 403-0063
www.bhspa.com

THOMAS R. HOLT
NATHANIEL C. SMITH
JEFFREY A. JONES
CHRISTOPHER A. CROWSON
JOHN G. MISKEY IV
CHARLES H. THIBAUT
MICHAEL R. GANLEY*

*Also Licensed in South Carolina

ASSOCIATE ATTORNEYS
LAUREN R. NANCE
JENNY R. JOECKEL
ANDREW S. BULLARD
BRITTANY N. JONES
ASHLEY O. BOONE
LAURA E. KASTNER

OF COUNSEL
O. KENNETH BAGWELL, JR.

June 12, 2018
Via Electronic Mail

Presque Isle Villas Condominium Homeowners Association, Inc.
Attn: Board of Directors
c/o Community Association Management, Limited
P.O. Box 79032
Charlotte, NC 28271-0030

Re: Presque Isle Villas COA – Maintenance Responsibilities

To Whom It May Concern:

My name is Michael Ganley, and I am the attorney for Presque Isle Villas Condominium Homeowners Owners Association, Inc. (the "HOA"). The purpose of this letter is to give some background and clarity to the issue of the scope and extent of the maintenance responsibilities of the HOA. Your property manager, Community Association Management, requested that I prepare a maintenance responsibility chart to ensure that it mirrors the North Carolina Condominium Act as codified in N.C.G.S. § 47-C, and the provisions contained within the Declaration of Condominium of record at Book 2233, Page 287, Orange County Registry (the "Declaration"), along with all subsequent amendments, if any, and other governing documents of the subdivision.

Below is the reviewed and approved Maintenance Responsibility Chart for the COA:

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Awnings | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Balconies | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…balconies…" |
| Ceilings | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Chimney | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Common Areas | x | | COA | Section 5(b) | "The common areas and facilities consist of…the community center, swimming pool and pocca ball court, trash collection areas and equipment related thereto, parking areas…equipment rooms, lobbies and lobby closets, privacy wall, fountain and permanent signage…" |
| Courtyards | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…courtyards…" |
| Decks | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…any deck…" |
| Doorbell | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Doors - Exterior | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…doors." |
| Doors - Frames | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…doors." |

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Doors - Glass | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…doors." |
| Doors – Interior | | x | | Section 4 | "…appurtenances located within any unit and designed to serve only that unit shall be a part of the unit." |
| Doors – Painting | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…doors." |
| Doors - Screen | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Driveways | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…driveways…" |
| Drywall/Sheetrock (not part of wall between units) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Exteriors/Siding | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include…all exterior walls…" |
| Fascia | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include…all exterior walls…" |
| Foyers (Carriage Units) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…foyer of carriage units…" |
| Fences | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Flooring | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Foundations and Structure | x | | COA | Section 5(b) | "The common areas and facilities consist of…all foundations…" |
| Foundation Vents | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Garages - attached | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Garages - assigned | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…assigned garage…" |
| Garages – exterior drainage | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Garage – opener (assigned) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…assigned garage…" |
| Garage – opener (attached) | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Garage – doors | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…assigned garage…" |
| Garage – frame | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…assigned garage…" |
| Gutters, downspouts, extenders & splash pans | x | | COA | Section 5(g) | "The common areas and facilities consist of…all parts of the property…for common use necessary or convenient to the existence, maintenance or safety of the property…" |
| Interiors | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Landscaping (except for rear yards) | x | | COA | Section 5(g) | "The common areas and facilities consist of…all landscaping…" |
| Landscaping (rear yards) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…rear yard…" |
| Lights – common area | x | | COA | Section 5(g) | "The common areas and facilities consist of…all site improvements…" |

2000 AERIAL CENTER PARKWAY • SUITE 110 BC • MORRISVILLE, NC 27560 • PHONE: (919) 460-2920 • FAX: (919) 465-3342
400 MARKET STREET • SUITE 103 • CHAPEL HILL, NC 27516 • PHONE: (919) 932-2225 • FAX: (919) 932-2212
7 CORPORATE CENTER COURT • SUITE B • GREENSBORO, NC 27408 • PHONE: (336) 369-2191 • FAX: (336) 282-3797
33 MARKET POINT DRIVE • GREENVILLE, SC 29607 • PHONE: (864) 527-0444 • FAX: (864) 288-4608

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Lights – unit exterior | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Mail Kiosk | x | | COA | Section 5(g) | "The common areas and facilities consist of…all site improvements…" |
| Mail Kiosk – individual boxes | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Mail Kiosk - keys | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Parking Areas | x | | COA | Section 5(c) | "The common areas and facilities consist of…parking areas…" |
| Party Walls | | x | | Section 4 | "The cost of reasonable repair and maintenance of a boundary wall shall be shared by the owners who make use of the wall in proportion to such use." |
| Patios | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…patios…" |
| Pest Inspection, Control & Treatment – Common Area | x | | COA | Section 5(g) | "The common areas and facilities consist of…all parts of the property…for common use necessary or convenient to the existence, maintenance or safety of the property…" |
| Pest Inspection, Control & Treatment - Units | | x | | § 47C-3-107 | "Each unit owner is responsible for maintenance, repair and replacement of his unit." |
| Pipes, Valves, Spigots and Drains – outside unit | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Porches | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…porches…" |
| Porches - ceilings | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…porches…" |
| Porches - railings | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…porches…" |
| Roof | x | | COA | Section 5(c) | "The common areas and facilities consist of…the roof…" |
| Roof – Boots | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Roof – Sheathing | x | | COA | Section 5(c) | "The common areas and facilities consist of…the roof…" |
| Roof - Vents | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Sheetrock | | | | | |
| Soffit | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include…soffit…" |
| Sprinkler Heads | | x | | § 47C-3-107 | "Each unit owner is responsible for maintenance, repair and replacement of his unit." |
| Sprinkler System | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Steps (Front and Rear Brick) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Storage Rooms | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…storage room appurtenant to such of the Units…" |
| Utility Lines – in unit | | x | | Section 4 | "Mechanical equipment located within any unit and designed to serve only that unit shall be a part of the unit" |

2000 AERIAL CENTER PARKWAY • SUITE 110 BC • MORRISVILLE, NC 27560 • PHONE: (919) 460-2920 • FAX: (919) 465-3342
400 MARKET STREET • SUITE 103 • CHAPEL HILL, NC 27516 • PHONE: (919) 932-2225 • FAX: (919) 932-2212
7 CORPORATE CENTER COURT • SUITE B • GREENSBORO, NC 27408 • PHONE: (336) 369-2191 • FAX: (336) 282-3797
33 MARKET POINT DRIVE • GREENVILLE, SC 29607 • PHONE: (864) 527-0444 • FAX: (864) 288-4608

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Utility Lines - shared | x | | COA | Section 5(d) | "The common areas and facilities consist of…all central appurtenant installments for operations and for services such as power, lights, telephone, security system, cable TV, elevator, cold water for common building usage, heat and air conditioning for common building usage…" |
| Utility Meters | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Vents – Attic | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Vents - Dryer | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Vents - Fireplace | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Walks/ Walkways – Community | x | | COA | Section 5(g) | "The common areas and facilities consist of…all site improvements…" |
| Walks/ Walkways – Units | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Walls – interior (bearing) | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include…interior walls…" |
| Walls – interior (partition) | | x | | Section 5(c) | "Limited Common Areas and Facilities shall mean and include…interior walls except those partition walls…" |
| Windows | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…windows." |
| Windows - Frames | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…windows." |
| Windows - Glass | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…windows." |
| Windows - Painting | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…windows." |
| Windows - Screens | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…windows." |

Thank you for allowing me to assist you in this complex process, and you can feel free to contact me if you have any further questions.

Sincerely,

Michael R. Ganley
Attorney at Law

2000 AERIAL CENTER PARKWAY • SUITE 110 BC • MORRISVILLE, NC 27560 • PHONE: (919) 460-2920 • FAX: (919) 465-3342
400 MARKET STREET • SUITE 103 • CHAPEL HILL, NC 27516 • PHONE: (919) 932-2225 • FAX: (919) 932-2212
7 CORPORATE CENTER COURT • SUITE B • GREENSBORO, NC 27408 • PHONE: (336) 369-2191 • FAX: (336) 282-3797
33 MARKET POINT DRIVE • GREENVILLE, SC 29607 • PHONE: (864) 527-0444 • FAX: (864) 288-4608