| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:22-CV-478 |
|---|---|
| Name of Plaintiff(s): Hayden S. Rose<br>VERSUS<br>Name of Defendant(s): Presque Isle Villas COA, et al<br>Mediator Name: Wayne Huckel<br>Telephone No.: 704-491-1621<br>E-Mail Address: wayne@huckellaw.com | REPORT OF MEDIATOR<br>*(For Placement on the CM/ECF Docket)*<br>☐ This is an Interim Report. A final report is due after resumption of the mediation |

**RECEIVED** In This Office DEC 16 2022 CLERK U.S. DISTRICT COURT GREENSBORO, N.C.

110 CB

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on __December 14, 2022__ (date)

   ☐ was NOT held because _____

2. **Attendance**
   ☒ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☒ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are _____
   b) The person responsible for filing the document(s) is _____
   c) The agreed deadline for filing the document(s) is _____

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   I have submitted this completed report with ten (10) days after conclusion of the conference.

   _Wayne P. Huckel_     12/14/22
   Mediator Signature     Date