# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

HAYDEN SCOTT ROSE

          v.                                          Case Number: 1:22CV478

PRESQUE ISLE VILLAS CONDOMINIUM
HOMEOWNERS ASSOCIATION, INC., et al.

## *NOTICE*

**TAKE NOTICE** that a **JURY TRIAL** has been tentatively **SET** in the above-referenced case for the **OCTOBER 2, 2023 MASTER CALENDAR TERM**. Said term shall begin on **October 2, 2023** at a place to be determined at a later date and will continue until all the cases on the calendar have been tried. **Cases will not necessarily be called for jury selection and trial in the order in which they will appear on the calendar.**

    PLACE:            **TO BE DETERMINED AT A LATER DATE.**
    DATE & TIME:    **October 2, 2023 at 9:30 a.m.**
    PROCEEDING:   **Jury Trial**

**<u>\*Counsel will be notified of a date certain for trial closer to the start of the term</u>**.

A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the Master Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than September 1, 2023. Motions in limine must be filed no later than September 8, 2023. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than September 15, 2023.**

**Each party shall file a trial brief, along with proposed instructions on the issues no later than September 11, 2023.** Counsel shall consult and endeavor to file one (1) set of agreed upon jury instructions to the extent practicable and may file competing jury instructions where there is disagreement. An electronic Word version of the jury instructions shall be emailed to the assigned district judge's ECF mailbox.

---

John S. Brubaker, Clerk

By: /s/ Joy Daniel

Date: 2/10/2023

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD