UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:22-CV-478

| | |
|---|---|
| **HAYDEN SCOTT ROSE,** | |
| **Plaintiff** | |
| v. | **MOTION FOR** |
| **PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc.,** *et al.,* | **PARTIAL SUMMARY JUDGMENT** |
| **Defendants** | |

**NOW COMES** Plaintiff, Hayden Scott Rose, by and through Counsel, and pursuant to F. R. Civ. P. Rule 56 and LCvR 56.1, respectfully moves this Court to enter an order granting summary judgment to the Plaintiff on all claims. Pursuant to LCvR 7.3(a) the Plaintiff shall file a supporting brief concomitant with this Motion.

**WHEREFORE,** the Plaintiff respectfully moves this Court to enter an order granting Summary Judgment to the Plaintiff, and such other and further relief as may be necessary, just, and proper.

**TODAY** is April 4, 2023.

                                 **COLLUM & PERRY**

By:    */s/ M. Shane Perry*
          Attorney for Plaintiffs
          NC Bar No. 35498
          109 W. Statesville Ave.
          Mooresville, NC 28115
          Telephone: 704-663-4187
          Fax: 704-663-4178
          shane@collumperry.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:22-CV-478

| | |
|---|---|
| **HAYDEN SCOTT ROSE,** | |
| **Plaintiff** | |
| v. | **MOTION FOR** |
| **PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc.,** *et al.*, | **PARTIAL SUMMARY JUDGMENT** |
| **Defendants** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Middle District of North Carolina, with notification being sent electronically to all counsel of record.

**TODAY** is April 4, 2023.

**COLLUM & PERRY**

By: */s/ M. Shane Perry*
Attorney for Plaintiffs
NC Bar No. 35498
109 W. Statesville Ave.
Mooresville, NC 28115
Telephone: 704-663-4187
Fax: 704-663-4178
shane@collumperry.com

2