IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
HAYDEN SCOTT ROSE,                    )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )
                                      )
PRESQUE ISLE VILLAS                   )     1:22-cv-478
CONDOMINIUM HOMEOWNERS                )
ASSOCIATION, INC., PRESQUE            )
ISLE VILLAS CONDOMINIUM               )
HOMEOWNERS ASSOCIATION,               )
INC., BOARD OF DIRECTORS,             )
COMMUNITY ASSOCIATION                 )
MANAGEMENT, LTD. and                  )
BAGWELL HOLT SMITH, P. A.,            )
                                      )
          Defendants.                 )
```

## ORDER

This matter comes before the court upon Plaintiff's Amended Motion to Extend Time to File Dispositive Motion. (Doc. 36.) Plaintiff moves the court for an extension of time by eight (8) days, up to and including April 4, 2023, to file a motion for summary judgment. Having considered the motion, with the consent of Defendants, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Amended Motion to Extend Time to File Dispositive Motion, (Doc. 36), is **GRANTED** and Plaintiff shall have to and including April 4, 2023, within which to file a dispositive motion.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment, (Doc. 37), is deemed timely filed.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time to File Dispositive Motion, (Doc. 35), is **DENIED AS MOOT**.

This the 18th day of April, 2023.

_____
United States District Judge

- 2 -

Case 1:22-cv-00478-WO-JEP   Document 39   Filed 04/18/23   Page 2 of 2