THOMAS R. HOLT
NATHANIEL C. SMITH
JEFFREY A. JONES
CHRISTOPHER A. CROWSON
JOHN G. MISKEY IV
CHARLES H. THIBAUT
MICHAEL R. GANLEY*

*Also Licensed in South Carolina

BAGWELL HOLT SMITH P.A.
ATTORNEYS AT LAW
111 CLOISTER COURT, SUITE 200
CHAPEL HILL, NORTH CAROLINA 27514
TELEPHONE: (919) 401-0062
FACSIMILE: (919) 403-0063
www.bhspa.com

ASSOCIATE ATTORNEYS
LAUREN R. NANCE
JENNY R. JOECKEL
ANDREW S. BULLARD
BRITTANY N. JONES
ASHLEY O. BOONE
LAURA E. KASTNER

OF COUNSEL
O. KENNETH BAGWELL, JR.

June 12, 2018
Via Electronic Mail

Presque Isle Villas Condominium Homeowners Association, Inc.
Attn: Board of Directors
c/o Community Association Management, Limited
P.O. Box 79032
Charlotte, NC 28271-0030

    Re: **Presque Isle Villas COA – Maintenance Responsibilities**

To Whom It May Concern:

    My name is Michael Ganley, and I am the attorney for Presque Isle Villas Condominium Homeowners Owners Association, Inc. (the "HOA"). The purpose of this letter is to give some background and clarity to the issue of the scope and extent of the maintenance responsibilities of the HOA. Your property manager, Community Association Management, requested that I prepare a maintenance responsibility chart to ensure that it mirrors the North Carolina Condominium Act as codified in N.C.G.S. § 47-C, and the provisions contained within the Declaration of Condominium of record at Book 2233, Page 287, Orange County Registry (the "Declaration"), along with all subsequent amendments, if any, and other governing documents of the subdivision.

Below is the reviewed and approved Maintenance Responsibility Chart for the COA:

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Awnings | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Balconies | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…balconies…" |
| Ceilings | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Chimney | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Common Areas | x | | COA | Section 5(b) | "The common areas and facilities consist of…the community center, swimming pool and pocca ball court, trash collection areas and equipment related thereto, parking areas…equipment rooms, lobbies and lobby closets, privacy wall, fountain and permanent signage…" |
| Courtyards | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…courtyards…" |
| Decks | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include…any deck…" |
| Doorbell | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Doors - Exterior | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…doors." |
| Doors - Frames | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of…doors." |

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Doors - Glass | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of...doors." |
| Doors – Interior | | x | | Section 4 | "...appurtenances located within any unit and designed to serve only that unit shall be a part of the unit." |
| Doors – Painting | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of...doors." |
| Doors - Screen | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Driveways | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...driveways..." |
| Drywall/Sheetrock (not part of wall between units) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Exteriors/Siding | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include...all exterior walls..." |
| Fascia | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include...all exterior walls..." |
| Foyers (Carriage Units) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...foyer of carriage units..." |
| Fences | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Flooring | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Foundations and Structure | x | | COA | Section 5(b) | "The common areas and facilities consist of...all foundations..." |
| Foundation Vents | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Garages - attached | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Garages - assigned | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...assigned garage..." |
| Garages – exterior drainage | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Garage – opener (assigned) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...assigned garage..." |
| Garage – opener (attached) | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Garage – doors | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...assigned garage..." |
| Garage – frame | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...assigned garage..." |
| Gutters, downspouts, extenders & splash pans | x | | COA | Section 5(g) | "The common areas and facilities consist of...all parts of the property...for common use necessary or convenient to the existence, maintenance or safety of the property..." |
| Interiors | | x | | Section 4 | "Each unit is bounded both as to horizontal and vertical boundaries by the interior surface of its perimeter walls, ceilings, and floors." |
| Landscaping (except for rear yards) | x | | COA | Section 5(g) | "The common areas and facilities consist of...all landscaping..." |
| Landscaping (rear yards) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...rear yard..." |
| Lights – common area | x | | COA | Section 5(g) | "The common areas and facilities consist of...all site improvements..." |

2000 AERIAL CENTER PARKWAY • SUITE 110 BC • MORRISVILLE, NC 27560 • PHONE: (919) 460-2920 • FAX: (919) 465-3342
400 MARKET STREET • SUITE 103 • CHAPEL HILL, NC 27516 • PHONE: (919) 932-2225 • FAX: (919) 932-2212
7 CORPORATE CENTER COURT • SUITE B • GREENSBORO, NC 27408 • PHONE: (336) 369-2191 • FAX: (336) 282-3797
33 MARKET POINT DRIVE • GREENVILLE, SC 29607 • PHONE: (864) 527-0444 • FAX: (864) 288-4608

BHS000046

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Lights – unit exterior | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Mail Kiosk | x | | COA | Section 5(g) | "The common areas and facilities consist of...all site improvements..." |
| Mail Kiosk – individual boxes | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Mail Kiosk - keys | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Parking Areas | x | | COA | Section 5(c) | "The common areas and facilities consist of...parking areas..." |
| Party Walls | | x | | Section 4 | "The cost of reasonable repair and maintenance of a boundary wall shall be shared by the owners who make use of the wall in proportion to such use." |
| Patios | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...patios..." |
| Pest Inspection, Control & Treatment – Common Area | x | | COA | Section 5(g) | "The common areas and facilities consist of...all parts of the property...for common use necessary or convenient to the existence, maintenance or safety of the property..." |
| Pest Inspection, Control & Treatment - Units | | x | | § 47C-3-107 | "Each unit owner is responsible for maintenance, repair and replacement of his unit." |
| Pipes, Valves, Spigots and Drains – outside unit | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Porches | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...porches..." |
| Porches - ceilings | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...porches..." |
| Porches - railings | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...porches..." |
| Roof | x | | COA | Section 5(c) | "The common areas and facilities consist of...the roof..." |
| Roof – Boots | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Roof – Sheathing | x | | COA | Section 5(c) | "The common areas and facilities consist of...the roof..." |
| Roof - Vents | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Sheetrock | | | | | |
| Soffit | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include...soffit..." |
| Sprinkler Heads | | x | | § 47C-3-107 | "Each unit owner is responsible for maintenance, repair and replacement of his unit." |
| Sprinkler System | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Steps (Front and Rear Brick) | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Storage Rooms | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include...storage room appurtenant to such of the Units..." |
| Utility Lines – in unit | | x | | Section 4 | "Mechanical equipment located within any unit and designed to serve only that unit shall be a part of the unit" |

2000 AERIAL CENTER PARKWAY • SUITE 110 BC • MORRISVILLE, NC 27560 • PHONE: (919) 460-2920 • FAX: (919) 465-3342
400 MARKET STREET • SUITE 103 • CHAPEL HILL, NC 27516 • PHONE: (919) 932-2225 • FAX: (919) 932-2212
7 CORPORATE CENTER COURT • SUITE B • GREENSBORO, NC 27408 • PHONE: (336) 369-2191 • FAX: (336) 282-3797
33 MARKET POINT DRIVE • GREENVILLE, SC 29607 • PHONE: (864) 527-0444 • FAX: (864) 288-4608

| ITEM | COA | OWNER | PAYMENT | AUTHORITY | NOTES |
|---|---|---|---|---|---|
| Utility Lines - shared | x | | COA | Section 5(d) | "The common areas and facilities consist of...all central appurtenant installments for operations and for services such as power, lights, telephone, security system, cable TV, elevator, cold water for common building usage, heat and air conditioning for common building usage..." |
| Utility Meters | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Vents – Attic | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Vents - Dryer | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Vents - Fireplace | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Walks/ Walkways – Community | x | | COA | Section 5(g) | "The common areas and facilities consist of...all site improvements..." |
| Walks/ Walkways – Units | x | | OWNER | Section 6 | "Limited Common Areas and Facilities shall mean and include those common areas and facilities reserved for use by a certain Unit or Units to the exclusion of other Units." |
| Walls – interior (bearing) | x | | COA | Section 5(c) | "Common Areas and Facilities shall mean and include...interior walls..." |
| Walls – interior (partition) | | x | | Section 5(c) | "Limited Common Areas and Facilities shall mean and include...interior walls except those partition walls..." |
| Windows | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of...windows." |
| Windows - Frames | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of...windows." |
| Windows - Glass | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of...windows." |
| Windows - Painting | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of...windows." |
| Windows - Screens | | x | | Section 12(k) | "Each Unit Owner shall be responsible for repair and replacement of...windows." |

Thank you for allowing me to assist you in this complex process, and you can feel free to contact me if you have any further questions.

Sincerely,

Michael R. Ganley
Attorney at Law

2000 AERIAL CENTER PARKWAY • SUITE 110 BC • MORRISVILLE, NC 27560 • PHONE: (919) 460-2920 • FAX: (919) 465-3342
400 MARKET STREET • SUITE 103 • CHAPEL HILL, NC 27516 • PHONE: (919) 932-2225 • FAX: (919) 932-2212
7 CORPORATE CENTER COURT • SUITE B • GREENSBORO, NC 27408 • PHONE: (336) 369-2191 • FAX: (336) 282-3797
33 MARKET POINT DRIVE • GREENVILLE, SC 29607 • PHONE: (864) 527-0444 • FAX: (864) 288-4608