**BAGWELL HOLT SMITH P.A.**
ATTORNEYS AT LAW
111 CLOISTER COURT, SUITE 200
CHAPEL HILL, NORTH CAROLINA 27514
TELEPHONE: (919) 401-0062
FACSIMILE: (919) 403-0063
www.bhspa.com

**January 5, 2022**
Via First Class and Certified Mail, Return Receipt Requested

Hayden Rose
308 Presque Isle Lane
Chapel Hill, NC 27514

    Re:    Written Statement required by N. C. G. S. § 45-21.16 (c) (5a)
            Presque Isle Villas Condominium Homeowners Association, Inc.
            **Property Address:**    308 Presque Isle Lane, Chapel Hill, NC 27514

To Whom It May Concern:

In accordance with N. C. G. S. § 45-21.16(c)(5a), notice is hereby given you of the following:

1. The amount of principal and interest due
   as of the date of this written notice:      $ 6,254.89

2. A daily interest charge or per diem:      N/A



3. ...including attorney's fees,
   ...f the date of this notice:      $ 424.28

            **TOTAL:**      $ 6,679.17

...instructed to institute foreclosure proceedings against your
...earing for the foreclosure action within thirty (30) days of
...ough JANUARY 15, 2021– Please contact this office via
...s made after JANUARY 15, 2021.

...m of certified payments (including certified checks or
...ey orders must be made payable to Presque Isle Villas
..., but mailed to this law firm at the above address to the

...MPT TO COLLECT A DEBT.
...ED WILL BE USED FOR THAT PURPOSE.

            Sincerely,

            Zachary J. Wilson
cc: Community Association Management      Attorney at Law

2000 AERIAL CENTER PARKWAY • SUITE 110 BC • MORRISVILLE, NC 27560 • PHONE: (919) 460-2920 • FAX: (919) 465-3342
400 MARKET STREET • SUITE 103 • CHAPEL HILL, NC 27516 • PHONE: (919) 932-2225 • FAX: (919) 932-2212
7 CORPORATE CENTER COURT • SUITE B • GREENSBORO, NC 27408 • PHONE: (336) 369-2191 • FAX: (336) 282-3797

BHS000070

Case 1:22-cv-00478-WO-JEP   Document 40-4   Filed 05/04/23   Page 1 of 1