UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., BOARD OF DIRECTORS; COMMUNITY ASSOCIATION MANAGEMENT, Ltd.; and BAGWELL HOLT SMITH, P.A.;<br><br>    Defendants. | Civil Action No. 1:22-CV-478 |

**BAGWELL HOLT SMITH, P.A.'S NOTICE OF COMPLIANCE WITH LOCAL RULE 7.3(D) WORD COUNT FOR BHS RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 40)**

Defendant Bagwell Holt Smith, P.A., ("BHS"), by and through the undersigned attorneys, hereby notifies the Court and all parties that the word count for BHS' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. 40) was inadvertently left off the pleading. Pursuant to Local Rule 7.3(d), undersigned counsel states that the word count for Doc. 40 is approximately 5284 words as indicated by the word count feature of Microsoft Word. This word count includes the body of the brief, headings and footnotes.

I hereby certify that the Response does not exceed the limit of 6,250 words.

This the 5th day of May, 2023.

/s/Russell M. Racine
Russell M. Racine
NC Bar #33593
Robert El-Jaouhari
NC Bar #49184
**CRANFILL SUMNER LLP**
2907 Providence Rd., Ste. 200
Charlotte, NC  28211
704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com
www.cshlaw.com
*Attorneys for Defendant Bagwell Holt Smith, P.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties in this case.

This the 5th day of May, 2023.

/s/Russell M. Racine
Russell M. Racine
NC Bar #33593
**CRANFILL SUMNER LLP**
2907 Providence Rd., Ste. 200
Charlotte, NC 28211
704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com
www.cshlaw.com
*Attorneys for Defendants*