```
 1        A    Since I've been with Community Association
 2   Management, no.
 3        Q    At all in your life?
 4        A    Yes.
 5        Q    Okay.  So you're familiar with the process of
 6   the deposition?
 7        A    Yes.
 8        Q    Okay.  All right.  For the purposes of the
 9   deposition, you know that we can't talk at the same
10   time because the court reporter wouldn't be able to
11   type that out.  So if you need to -- I'll try to make
12   sure that I stop my question in time for you to answer
13   or -- and vice versa to make sure we're not speaking
14   over each other.  That was a confusing way to say that,
15   but I hope you understand what I meant.
16        A    Yes.
17        Q    Now, are you aware that you can give opinions
18   for your company?  I can ask you opinion questions, and
19   you can tell the opinion of the company and the way the
20   company thinks about a thing -- about its actions.  Do
21   you know that?
22        A    Okay.
23        Q    I don't know if that's an answer.  Does that
24   mean, yes, you understand that or no?
25        A    Yes.
```