EXHIBIT C

30(b)(6) Staci Green                                           Page 29

         1      **A   Well, responsibility and payment are two**
         2   **different things.**
         3        Q   So you would say that the responsibility does
         4   not include payment?
         5      **A   It doesn't say it there, no.**
         6        Q   Well, I'm asking what your opinion is.  Do you
         7   think that being responsible for the repair of the deck
         8   would mean that you don't pay for it?
         9      **A   Well, that's when we rely on advice of**
        10   **counsel.**
        11        Q   So did counsel tell you that it was not your
        12   duty to pay for it?
        13      **A   Well, it's ---**
        14              MR. RACINE:  Objection.
        15              **THE WITNESS:  It's indicated in the**
        16   **chart.**
        17        Q   (Mr. Perry)  Well, we're talking about the
        18   Declaration.  Would you say that the Declaration
        19   controls over that chart?
        20      **A   The chart is a summary of the language in the**
        21   **Declaration and state statute.**
        22        Q   But if there was a conflict between that chart
        23   and the Declaration, which would control?
        24                MS. BARANYAI:  Going to object.  You're
        25   asking for a legal conclusion here.

```
 1        Q   (Mr. Perry)  Which would you follow?
 2        A   Well, if we're not sure, then we rely on the
 3   advice of counsel.
 4        Q   Did you ask counsel about this?
 5        A   Yes.
 6        Q   And what did counsel tell you?
 7               MR. RACINE:  Objection.
 8               MR. PERRY:  You can answer.
 9               MS. BARANYAI:  I would say that one's
10   privileged ---
11               MR. PERRY:  Okay.
12               MS. BARANYAI:  --- communication between
13   attorney/client.
14               MR. PERRY:  Sure.  Okay.
15           I think that when she says that she relied on
16   advice of counsel, I think she's waiving privilege on
17   that.  But -- so we'll ask for a supplement later if we
18   work that out.
19               MS. BARANYAI:  Sounds good.  Thank you.
20               MR. PERRY:  Sure.  I'm easy to get along
21   with.  So we'll go to -- and that's marked ---
22               MS. BARANYAI:  Don't answer.  Sorry.
23   Sorry, I was just going to say you don't need to answer
24   that one.  I didn't follow up.  Sorry.
25               MR. PERRY:  Sure.  And, Madam Reporter,
```