```
 1              THE WITNESS:  I'm sorry.  I'm going to
 2   need you to rephrase.
 3       Q   (Mr. Perry)  Well, so I had asked, "Did you
 4   advise," and you said, "I don't think I was ever
 5   asked."  So if you weren't asked, would you agree you
 6   didn't advise, or would you say maybe you did and don't
 7   remember?
 8       A   If I -- I'm sorry.  It's kind of a compound
 9   question.
10       Q   It is a bit of a compound question.  So we can
11   back up.  Let's start from square one again.
12       A   Yes, if you wouldn't mind.
13       Q   All right.  Did you advise Presque that the
14   debt was valid and could be collected?  And when I say
15   "debt," obviously I mean the debt that's relevant to
16   the claims that we're making.  As attorneys, I'm kind
17   of skipping some basic facts, and maybe I shouldn't.
18           So the debt we're talking about is the debt
19   -- the assessment for the deck repairs and the
20   associated collection fees and attorney's fees and all
21   the fees that went -- developed from the deck repairs.
22   When I say "debt," that's what I'm talking about today.
23   So with that understanding, did you advise Presque that
24   the debt was valid and could be collected?
25       A   I do not believe I received the question from
```

1  Presque in that exact manner, whether it was valid and
2  could be collected.  My standard response, when I was
3  asked whether the amounts could be added to the ledger,
4  is that there's ambiguities both ways.  That it could
5  be collected -- a judge could find it collectible.  A
6  judge could also find it not collectible.  But there is
7  a colorable argument that, yes, number one, it is a
8  valid debt.  And there is a colorable argument that,
9  yes, it can be collected in a like manner as an
10 assessment.
11     Q   Thank you.  What steps did you take to collect
12 the debt?
13     A   We ---
14          MR. RACINE:  Objection.
15          MR. PERRY:  Go ahead.
16          THE WITNESS:  Should I go ahead and
17 proceed?
18          MR. RACINE:  Yeah, I'm sorry.
19          THE WITNESS:  Sure.  We originally
20 received the account emailed to us by Community
21 Association Management.  We received a directive from
22 Community Association Management to file a lien for the
23 balance that was stated in the ledger.  We had filed a
24 lien in the matter, and there was correspondence with
25 Mr. Rose.  We were later directed by the Association --