```
 1        Q    (Mr. Perry)  All right.  Thank you.  Does the
 2   letter state that, "The association has the authority
 3   to have the work done and bill the owner.  $4,900
 4   estimate provided"?  I'll direct your attention to the
 5   bolded paragraph at the top right, under, "Dear Hayden
 6   Scott Rose."
 7        A    And I'm sorry, now -- now that I've been
 8   redirected to that paragraph in the letter, can you
 9   repeat your question?
10        Q    Does the assoc -- does the letter state that,
11   "The association has the authority to have the work
12   done and bill the owner.  $4,900 estimate provided"?
13        A    I mean, that's what it says on there.  "The
14   association has the authority to have the work done and
15   bill the owner."  "$4,900 estimate provided."
16        Q    Thank you.  Did CAM or Presque have the
17   authority to do that?
18        A    I -- my argument would be yes.  I mean, there
19   is a colorable argument that they have that authority.
20        Q    All right.  So again, for Question 30 -- and
21   you can look at it or trust me to read it accurately.
22   The claim was, "On March 7, 2019, BHS informed the
23   other Defendants by letter that Presque was responsible
24   for paying for any work on the building's gutter and
25   exterior walls."
```