```
 1      A    Okay.  Section 6 of the Declaration defines
 2  decks as limited common areas or facilities, which is
 3  accurate.  And that 47C-3-115(c)(1) provides ---
 4      Q    I'm sorry, let me stop you for a second.  I
 5  don't want you to have to answer more than I actually
 6  asked.
 7      A    Okay.
 8      Q    Just for that second sentence there.  "He has
 9  confirmed that the Association has the authority to
10  dispatch a vendor.  However, the owner is responsible
11  for the cost of limited common element expenses."  So I
12  was just asking what they mean by that.  And if you
13  were explaining what they mean by that, then I
14  understand.  I'll let you go, but I just didn't want
15  you to have to say more than you needed to say.
16      A    Okay.  I mean, it appears that it's saying
17  that the Association is responsible to perform the
18  maintenance, but the cost would be billed back to the
19  owner.
20      Q    Okay.  Did you advise Mr. -- did you advise
21  Presque that Mr. Rose would have to pay for the
22  repairs?
23      A    It's -- what I'd advise Presque is that
24  there's an ambiguity in the Declaration.  Typically,
25  limited common elements are the financial
```