1      A   I would provide options.

2              MS. BARANYAI:  Okay.  Thank you.  Sorry,
3    that's all I've got, Russ.

4              MR. RACINE:  All right.  Hold on one
5    moment.  Actually, we'll reserve all our questions for
6    trial, so I have no questions.  Shane, you're on mute.

7              MR. PERRY:  Thanks, sorry.

8                    **FURTHER EXAMINATION**

9    BY MR. PERRY:

10     Q   I just have one redirect.  Did Presque follow
11   your advice in this case?

12             MR. RACINE:  Objection.

13             MR. PERRY:  They waived privilege.  I
14   don't know if that's a privilege objection or what the
15   objection is.

16             MR. RACINE:  I mean, over the years, he
17   must have given a lot of advice.  I think you maybe
18   need to narrow ---

19             MR. PERRY:  Are you answering for him?

20             MR. RACINE:  No, but you asked about my
21   objection, so.

22     Q   (Mr. Perry)  All right. So let me ask you
23   this: did Presque follow your advice on whether or not
24   to collect this debt?

25     A   Well, I mean, what I did is I provided the

1  options to them where for -- that there is a colorable
2  argument that these amounts can be assessed to Mr.
3  Rose, but there is a risk with that and there could be
4  potential liability down the line.  So it was less
5  about following a directive.  I'll put it like this: I
6  did not provide a directive.  There wasn't an option
7  there that was provided along with certain color as to
8  potential benefits and consequence of that option.
9      Q   Has Presque noticed a possible malpractice
10 claim in this?
11             MR. RACINE:  Objection.
12             MR. PERRY:  What's the objection?
13             MR. RACINE:  Well, it's not under the
14 topics of the 30(b)(6).  It's outside the scope.
15             MR. PERRY:  I'll ask anyway.
16     Q   (Mr. Perry)  Has Presque noticed BHS about a
17 possible malpractice claim dealing with these facts in
18 the suit?
19             MR. RACINE:  Objection.
20             MR. PERRY:  You can answer.
21             MR. RACINE:  If you know.
22             **THE WITNESS:  So far as I'm aware, no.**
23             MR. PERRY:  All right.  Thank you.
24             MR. RACINE:  Everybody done?
25             MR. PERRY:  Yeah, we're done.