IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
HAYDEN SCOTT ROSE,                    )
                                      )
              Plaintiff,              )
                                      )
    v.                                )
                                      )
PRESQUE ISLE VILLAS                   )    1:22-cv-478
CONDOMINIUM HOMEOWNERS                )
ASSOCIATION, INC., PRESQUE            )
ISLE VILLAS CONDOMINIUM               )
HOMEOWNERS ASSOCIATION, INC.,         )
BOARD OF DIRECTORS, COMMUNITY         )
ASSOCIATION MANAGEMENT, LTD.,         )
and BAGWELL HOLT SMITH, P. A.,        )
                                      )
              Defendants.             )
```

## ORDER

This matter comes before the court upon a Joint Motion to Amend Order and Notice of Trial Setting. (Doc. 45.) The parties jointly move the court to amend the Scheduling Order, (Doc. 30), and Notice, (Doc. 33), to continue the pre-trial deadlines and the trial of this matter currently scheduled for the October 2023 Civil Master Calendar to the next term of court, or to a date of the court's discretion. Having considered the motion, with the agreement of the parties, and for good cause shown,

**IT IS THEREFORE ORDERED** that the Joint Motion to Amend Order and Notice of Trial Setting, (Doc. 45), is **GRANTED** and the trial in the above-captioned matter is continued from October 2, 2023 and rescheduled to the January 2024 Civil Master Calendar.

Unless the court orders otherwise, all pretrial deadlines are hereby extended in accordance with the deadlines set for the January 8, 2024 Master Calendar term.

This the 17th day of August, 2023.

_____
United States District Judge