UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| HAYDEN SCOTT ROSE,<br><br>Plaintiff,<br><br>v.<br><br>PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC.; PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., BOARD OF DIRECTORS; COMMUNITY ASSOCIATION MANAGEMENT, Ltd.; and BAGWELL HOLT SMITH, P.A.;<br><br>Defendants. | Civil Action No. 1:22-CV-478 |

## JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS

The parties hereby provide notice that they have reached a global settlement, which will resolve all claims in this action. The settlement documents are being prepared, and a stipulation of dismissal will be filed once the documents have been executed.

Respectfully submitted
this 3rd day of October 2023, by:

By: /s/Russell M. Racine
Russell M. Racine
NC Bar #33593
**CRANFILL SUMNER LLP**

By: /s/ Bridget L. Baranyai
Bridget L. Baranyai
NC Bar # 37588
**DICKIE, MCCAMEY & CHILCOTE, PC**

<div style="display: flex;">
<div style="width: 50%;">

2907 Providence Rd., Ste. 200
Charlotte, NC 28211
704 940-3418 – Tel.
704 831-5501 – Fax
rracine@cshlaw.com
www.cshlaw.com

*Counsel for Bagwell Holt Smith, P.A.*

By: /s/ M Shane Perry
M. Shane Perry
NC Bar #35498
**COLLUM & PERRY**
109 West Statesville Ave.
Mooresville, NC 28115
(704) 663-4187
Shane@collumperry.com

*Counsel for Plaintiff*

</div>
<div style="width: 50%;">

2101 Rexford Road, Ste. 250E
Charlotte, NC 28211
(704) 998-5184
bbaranyai@dmclaw.com

*Counsel for Presque Isle Villas Condominium Homeowners Association, Inc.; Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.*

</div>
</div>