UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:22-CV-478

| | |
|---|---|
| **HAYDEN SCOTT ROSE,**<br><br>         **Plaintiff**<br><br>  v.<br><br>**PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc.,** *et al.*,<br><br>         **Defendants** | **JOINT STIPULATION OF DISMISSAL** |

**NOW COME** the parties to this action, by and through their respective, undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to a Dismissal With Prejudice of this action, including all pending claims and counterclaims filed by, against, and amongst all parties, with each party to bear its own attorney's fees and costs.

**TODAY** is November 3, 2023.

| **COLLUM & PERRY** | **DICKIE McCAMEY & CHILCOTE, P.C**. | **CRANFILL SUMNER & HARTZOG, LLP** |
|---|---|---|
| */s/ M. Shane Perry*<br>M. Shane Perry<br>N.C. Bar No. 35498<br>109 W. Statesville Ave.<br>Mooresville, NC 28115<br>Telephone: 704-663-4187<br>shane@collumperry.com<br>*Counsel for Plaintiff* | */s/ Michele F. Eagle*<br>Michele F. Eagle<br>N.C. Bar No. 33928<br>2101 Rexford Road, Suite 250E<br>Charlotte, NC 28211<br>meagle@dmclaw.com<br>*Counsel for Defendants, Presque Isle Villas Condominium Homeowners Association, Inc., Presque Isle Villas Condominium Homeowners Association, Inc., Board of Directors, and Community Association Management, Ltd.* | */s/ Russell M. Racine*<br>Russell M. Racine, Esq.<br>N.C. Bar No. 33593<br>2907 Providence Road<br>Suite 200<br>Charlotte, NC 28211<br>rracine@cshlaw.com<br>*Counsel for Defendant Bagwell, Holt Smith, P.A.* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:22-CV-478

| | |
|---|---|
| **HAYDEN SCOTT ROSE,**<br><br>        **Plaintiff**<br><br>  v.<br><br>**PRESQUE ISLE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, Inc.,** *et al.***,**<br><br>        **Defendants** | **JOINT STIPULATION OF DISMISSAL** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Middle District of North Carolina, with notification being sent electronically to all counsel of record.

**TODAY** is November 3, 2023.

        **COLLUM & PERRY**

  By: */s/ M. Shane Perry*
     M. Shane Perry
     NC Bar No. 35498
     109 W. Statesville Ave.
     Mooresville, NC 28115
     Telephone: 704-663-4187
     Fax: 704-663-4178
     shane@collumperry.com
     *Attorney for Plaintiff*